# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Oregon

Case Number: CV10-750-BR

Plaintiff:
**AYMAN LALTIF, ET AL**

vs.

Defendant:
**ERIC H HOLDLER, JR., ET AL**

For:
Steven Wilker
Tonkon Torp LLP
888 S W Fifth Ave., #1600
Portland, OR 97204

Received by Free Lance Investigations to be served on **ERIC H HOLDER JR., ATTORNEY GENERAL FOR US C/O DWIGHT C HOLTON, US DISTRICT ATTORNEY FOR THE DISTRICT OF OREGON, US ATTORNEY'S OFFICE, 1000 SW THIRD AVENUE, SUITE 600, PORTLAND, OR 97204**.

I, Rodger Baughman, being duly sworn, depose and say that on the **7th day of July, 2010** at **3:26 pm**, I:

SERVED the within named by delivering an exact and complete copy of the **SUMMONS COMPLAINT AND INITIAL DISCOVERY ORDERS** personally and in person at the above address to LAUREN CARGILL, INFORMATION RECEPTIONIST, a deputy, assistant or clerk on duty in the office of the US ATTORNEY FOR OREGON authorized to accept service for the above subject.

I am a competent person over 18 years of age and a resident of the State of Oregon. I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity served is the same entity named in the action.



OFFICIAL SEAL
**CHRISTINA D BAUGHMAN**
NOTARY PUBLIC-OREGON
COMMISSION NO. 443557
MY COMMISSION EXPIRES OCTOBER 19, 2013

Subscribed and Sworn to before me on the 8th day of July, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

Rodger Baughman
Process Server

Free Lance Investigations
& Process Serving
P.O. Box 1948
Hillsboro, OR 97123
(503) 547-8444
Our Job Serial Number: 2010002695
Ref: 97204-1

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3z

ORIGINAL