Steven M. Wilker, OSB No. 911882
  Email: steven.wilker@tonkon.com
**Tonkon Torp LLP**
1600 Pioneer Tower
888 SW 5th Avenue
Portland, OR 97204
Tel: 503.802.2040; Fax: 503.972.3740
Cooperating Attorney for the ACLU Foundation of Oregon

Ben Wizner (Admitted *pro hac vice*)
  Email: bwizner@aclu.org
Nusrat Jahan Choudhury (Admitted *pro hac vice*)
  Email: nchoudhury@aclu.org
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212.519.2500; Fax: 212.549.2654

 Kevin Díaz, OSB No. 970480
  Email: kdiaz@aclu-or.org
**ACLU Foundation of Oregon**
P.O. Box 40585
Portland, Oregon  97240
Tel: 503.227.6928; Fax: 503.227.6948

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| AYMAN LATIF, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ERIC H. HOLDER, JR., *et al.*,<br><br>                    Defendants. | No. 10-cv-750 (BR)<br><br>**PLAINTIFFS' NOTICE OF INTENT NOT TO SEEK LEAVE TO AMEND THE FIRST AMENDED COMPLAINT** |

PAGE 1 – PLAINTIFFS' NOTICE OF INTENT NOT TO SEEK LEAVE TO AMEND THE FIRST AMENDED COMPLAINT.

Pursuant to the Court's Minute Order of September 28, 2010, Plaintiffs provide this notice to the Court and the Defendants that they will not seek leave of the Court to amend the First Amended Complaint to add plaintiffs.

DATED this October 15, 2010    Respectfully Submitted,

**American Civil Liberties Union Foundation**

       /s/ Ben Wizner       
Ben Wizner (Admitted *pro hac vice*)
   Email: bwizner@aclu.org
Nusrat Jahan Choudhury (Admitted *pro hac vice*)
   Email: nchoudhury@aclu.org
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212.519.2500; Fax: 212.549.2654

**Tonkon Torp LLP**
Steven M. Wilker, OSB No. 911882
   Email: steven.wilker@tonkon.com
1600 Pioneer Tower
888 SW 5th Avenue
Portland, OR 97204
Tel: 503.802.2040; Fax: 503.972.3740
Cooperating Attorney for the ACLU Foundation of Oregon

**ACLU Foundation of Oregon**
Kevin Díaz, OSB No. 970480
   Email: kdiaz@aclu-or.org
P.O. Box 40585
Portland, Oregon  97240
Tel: 503.227.6928; Fax: 503.227.6948

Attorneys for Plaintiffs