Steven M. Wilker, OSB No. 911882
  Email: steven.wilker@tonkon.com
**Tonkon Torp LLP**
1600 Pioneer Tower
888 SW 5th Avenue
Portland, OR 97204
Tel: 503.802.2040; Fax: 503.972.3740
Cooperating Attorney for the ACLU Foundation of Oregon

Ben Wizner (Admitted *pro hac vice*)
  Email: bwizner@aclu.org
Nusrat Jahan Choudhury (Admitted *pro hac vice*)
  Email: nchoudhury@aclu.org
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212.519.2500; Fax: 212.549.2654

 Kevin Díaz, OSB No. 970480
  Email: kdiaz@aclu-or.org
**ACLU Foundation of Oregon**
P.O. Box 40585
Portland, Oregon  97240
Tel: 503.227.6928; Fax: 503.227.6948

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| AYMAN LATIF, *et al.*,<br><br>              Plaintiffs,<br><br>    v.<br><br>ERIC H. HOLDER, JR., *et al.*,<br><br>              Defendants. | No. 10-cv-750 (BR)<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

PAGE 1 – NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs hereby withdraw without prejudice their Motion for a Preliminary Injunction (Docket Entry # 20), which was filed on August 16, 2010.

DATED this October 20, 2010          Respectfully Submitted,

**American Civil Liberties Union Foundation**

          /s/ Ben Wizner
Ben Wizner (Admitted *pro hac vice*)
   Email: bwizner@aclu.org
Nusrat Jahan Choudhury (Admitted *pro hac vice*)
   Email: nchoudhury@aclu.org
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212.519.2500; Fax: 212.549.2654

**Tonkon Torp LLP**
Steven M. Wilker, OSB No. 911882
   Email: steven.wilker@tonkon.com
1600 Pioneer Tower
888 SW 5th Avenue
Portland, OR 97204
Tel: 503.802.2040; Fax: 503.972.3740
Cooperating Attorney for the ACLU Foundation of Oregon

**ACLU Foundation of Oregon**
Kevin Díaz, OSB No. 970480
   Email: kdiaz@aclu-or.org
P.O. Box 40585
Portland, Oregon  97240
Tel: 503.227.6928; Fax: 503.227.6948

Attorneys for Plaintiffs