# EXHIBIT  A



U.S. Department of Homeland Security
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

October 28, 2010

Mr. Abdul Hakeim Thabet Ahmed
████████████████
██████████████
████████████

Control Number:  2106577

Dear Mr. Ahmed:

     The Department of Homeland Security has received your Traveler Inquiry Form and identity documentation submitted to the Traveler Redress Inquiry Program (DHS TRIP).

     In response to your request, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate, and it has been determined that no changes or corrections are warranted at this time.

     If you feel that this decision is in error, you may file a request for administrative appeal with the Transportation Security Administration by following the instructions in the enclosure, "How to Request an Appeal of an Initial Agency Decision."  The information you submit should be as complete as possible and include accurate dates, complete addresses, names, and telephone numbers where appropriate.

     This determination will become final 30 calendar days after you receive this letter unless you file a timely administrative appeal.  Final determinations are reviewable by the United States Court of Appeals pursuant to 49 U.S.C. § 46110.

     If you have further questions, you may contact DHS TRIP by e-mail at TRIP@dhs.gov or by writing to the following address:

          DHS Traveler Redress Inquiry Program (TRIP)
          601 South 12th Street, TSA-901
          Arlington, VA 20598-6901

Sincerely,

Jim Kennedy
Traveler Redress Inquiry Program

Enclosure

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



## <u>HOW TO REQUEST AN APPEAL OF AN INITIAL AGENCY DECISION</u>

### <u>CAN I OBTAIN MATERIALS UPON WHICH THE DECISION IS BASED?</u>

You can request the releasable materials on which the Agency's decision was based. The Transportation Security Administration (TSA) will provide the releasable materials, subject to the following provisions:

    (i)     TSA will not disclose to the individual material classified in accordance with Executive Order 12958, as amended, and

    (ii)    TSA reserves the right not to disclose any information or material warranting protection, including law enforcement sensitive information and information protected from disclosure by law or regulation.

### <u>CAN I APPEAL THE DECISION?</u>

Yes. You may submit an appeal (typed or legibly written) disputing the initial decision. This appeal must include the reason(s) why you dispute the decision. You may provide any information in your reply that you believe will be helpful to TSA in making a final decision in this matter. You may also provide supporting documents that demonstrate that you do not pose a security threat. To process your appeal, TSA must have the following information:

    1. The addresses of each residence where you have lived within the past five years;

    2. The names of your landlord or mortgage holder for each of the residences identified in number 1 above;

    3. The name, address, and telephone number of someone who knew you at each of the residences identified in number 1 above;

    4. The names, addresses, telephone numbers, and citizenships of all immediate family members[1];

    5. The names, addresses, and telephone numbers of all employers for whom you have worked within the past five years, including any companies for which you worked as an independent contractor or consultant;

    6. Do you own or rent any property outside of the United States? If so, please provide details.

---

[1] The term "immediate family members" includes the following: spouses, parents, children (both adult children and minors 14 and over), and siblings, whether or not the relationship is biological, by marriage or adoption. In-laws (mothers-in-law, fathers-in-law, sisters-in-law, and brothers-in-law) should also be included.

7.  Are you now or have your ever been employed by or acted on behalf of a government other than the United States government, including military service?  If so, please provide details.

WHAT IS THE TIME FRAME FOR AN APPEAL?

You may initiate an appeal by submitting a written appeal to TSA or written request for materials from TSA.  If you fail to initiate an appeal within 30 days after receipt of your initial determination, the initial determination will become final.

Within 30 days after receiving your request for materials, TSA will send you copies of the releasable materials on which the agency's initial determination was based.

You must submit a written appeal within 30 days after receipt of the initial determination, or 30 days after receipt of the TSA response to your request for materials, if you submit such a request.

TSA will then provide you with a final determination within 60 calendar days of receipt of your appeal.  The time frame for processing an appeal may be extended for good cause.

CAN I REQUEST AN EXTENSION OF TIME TO FILE MY APPEAL?

Yes.  If you need additional time in which to submit your appeal, you may contact the TSA to request an extension of time by writing to the address below.  You will be granted an automatic extension of up to 30 calendar days if good cause is shown.  Your request for an extension of time must be received by TSA within a reasonable time prior to the due date in order to receive an extension.

WHERE DO I SEND MY APPEAL?

All correspondence to TSA should have your full name, mailing address, and date of birth at the top of each page you submit.

Correspondence must be mailed to:

Transportation Security Administration
Office of Transportation Security Redress
Attention:  Mr. Jim Kennedy
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

WHAT WILL HAPPEN IF I DO NOT FILE A TIMELY APPEAL?

If you do not file a timely appeal, the DHS decision will become final.  For purposes of judicial review, the final decision constitutes a final DHS order pursuant to 49 U.S.C. § 46110.

The information provided during this appeal process must be true, complete, and correct to the best of your knowledge and provided in good faith.  Knowingly and willfully making any materially false statement, or omission of a material fact, during the appeal process can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).

Privacy Act Notice

Authority:  The authority for collecting this information is 49 U.S.C. §§ 114 and 44903.

Purpose:  This voluntary submission is provided to afford the Department of Homeland Security and the Transportation Security Administration the ability to confirm your identity. Information provided may also be used to help prevent repeated delays of misidentified persons.

Routine Uses: Routine uses of this information includes disclosure to appropriate governmental agencies for law enforcement or security purposes, or to airports or air carriers to verify your identity for purposes of security screening, or to governmental agencies in order to research, resolve, and respond to inquiries or complaints made regarding the screening or vetting process.

(Printed Name) _____

(Signature) _____

(Date) _____



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

November 4, 2010

Mr. Salah Ali Ahmed

███████████████
██████████████████
█████████

DHS Control Number:  2106580

Dear Mr. Ahmed:

Thank you for submitting your Traveler Inquiry Form and identity documentation to the Department of Homeland Security (DHS) Traveler Redress Inquiry Program (DHS TRIP).  DHS' mission is to lead the unified national effort to secure the country, including U.S. border and transportation security.  We take requests for redress seriously, and we understand the inconveniences that additional inspections may cause.  DHS strives to process travelers in the most efficient and professional manner possible without compromising our mission to safeguard the United States, its people and its visitors.

When DHS receives a redress inquiry, we conduct a thorough review of the matter.  We consult and share information with other agencies, when appropriate, to relieve you from the burden of seeking redress on an agency-by-agency basis and to address the issue that you identified in your application.  We have found that less than 1% of the DHS TRIP complainants actually have some connection to the Terrorist watchlist.   Complaints most often arise either because the traveler's name and personal information is similar to the name and personal information of another person in systems which contain information from Federal, state, local and foreign sources or because the traveler has been delayed in travel for reasons unrelated to such data, such as by random screening.

DHS has researched and completed our review of your case.  Security procedures and legal concerns mandate that we can neither confirm nor deny any information about you which may be within federal watchlists or reveal any law enforcement sensitive information.  However, we have made any corrections to records that our inquiries determined were necessary, including, as appropriate, notations that may assist in avoiding incidents of misidentification.

For your general information, here is how redress helps you when traveling:

1. When traveling by air to or within the United States, DHS recommends that you provide your redress control number (located at the top of this letter) when making your reservations.  This information will assist the new technologies being introduced in 2009-10 to help prevent misidentifications.
2. When entering the United States from abroad, no additional action is required.  Where appropriate, as a result of the redress process, DHS employs a procedure to correct the information used to process travelers at the ports of entry that reduces the chance of misidentifications occurring.

Despite these positive efforts, we cannot ensure your travel will be delay-free.  The redress process does not affect other standard screening procedures in place at airports and borders.  For example, an individual may be selected for additional screening in order to resolve a walk-through metal detector alarm, because of random selection, or other reasons.  While this process may sometimes be stressful, we rely on the patience, cooperation, and understanding of travelers in such cases.  The aim of these security measures is to safeguard the people of the United States and visitors to this Nation.

This letter constitutes our final agency decision, which is reviewable by the United States Court of Appeals under 49 U.S.C. § 46110.

If you have any further questions, please contact DHS TRIP via e-mail at TRIP@dhs.gov, or write to the address found in the letterhead.

Sincerely,

Jim Kennedy
**DHS Traveler Redress Inquiry Program**

U.S. Department of Homeland Security
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



July 27, 2010

Ms. Adama Bah
c/o Ben Wizner, Esq., ACLU
125 Broad Street, 18th Floor
New York NY 10004
US

DHS Control Number: 2096479

Dear Ms. Bah:

Thank you for submitting your Traveler Inquiry Form and identity documentation to the Department of Homeland Security (DHS) Traveler Redress Inquiry Program (DHS TRIP). DHS' mission is to lead the unified national effort to secure the country, including U.S. border and transportation security. We take requests for redress seriously, and we understand the inconveniences that additional inspections may cause. DHS strives to process travelers in the most efficient and professional manner possible without compromising our mission to safeguard the United States, its people and its visitors.

When DHS receives a redress inquiry, we conduct a thorough review of the matter. We consult and share information with other agencies, when appropriate, to relieve you from the burden of seeking redress on an agency-by-agency basis and to address the issue that you identified in your application. We have found that less than 1% of the DHS TRIP complainants actually have some connection to the Terrorist Watchlist. Complaints most often arise either because the traveler's name and personal information is similar to the name and personal information of another person in systems which contain information from Federal, state, local and foreign sources or because the traveler has been delayed in travel for reasons unrelated to such data, such as by random screening.

DHS has researched and completed our review of your case. Security procedures and legal concerns mandate that we can neither confirm nor deny any information about you which may be within federal watchlists or reveal any law enforcement sensitive information. However, we have made any corrections to records that our inquiries determined were necessary, including, as appropriate, notations that may assist in avoiding incidents of misidentification.

For your general information, here is how redress helps you when traveling:
1. When traveling by air to or within the United States, DHS recommends that you provide your redress control number (located at the top of this letter) when making your reservations. This information will assist the new technologies being introduced in 2009-10 to help prevent misidentifications.
2. When entering the United States from abroad, no additional action is required. Where appropriate, as a result of the redress process, DHS employs a procedure to correct the information used to process travelers at the ports of entry that reduces the chance of misidentifications occurring.

Despite these positive efforts, we cannot ensure your travel will be delay-free. The redress process does not affect other standard screening procedures in place at airports and borders. For example, an individual may be selected for additional screening in order to resolve a walk-through metal detector alarm, because of random selection, or other reasons. While this process may sometimes be stressful, we rely on the patience, cooperation, and understanding of travelers in such cases. The aim of these security measures is to safeguard the people of the United States and visitors to this Nation.

If you have any further questions, please contact DHS TRIP via e-mail at TRIP@dhs.gov, or write to the address found in the letterhead.

Sincerely,

Jim Kennedy
DHS Traveler Redress Inquiry Program

2



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

July 15, 2010

Mr. Nagib Ali Ghaleb

██████████████
██████████████
████████

DHS Control Number:  2089829

Dear Mr. Ghaleb:

Thank you for submitting your Traveler Inquiry Form and identity documentation to the Department of Homeland Security (DHS) Traveler Redress Inquiry Program (DHS TRIP).  DHS' mission is to lead the unified national effort to secure the country, including U.S. border and transportation security.  We take requests for redress seriously, and we understand the inconveniences that additional inspections may cause.  DHS strives to process travelers in the most efficient and professional manner possible without compromising our mission to safeguard the United States, its people and its visitors.

When DHS receives a redress inquiry, we conduct a thorough review of the matter.  We consult and share information with other agencies, when appropriate, to relieve you from the burden of seeking redress on an agency-by-agency basis and to address the issue that you identified in your application.  We have found that less than 1% of the DHS TRIP complainants actually have some connection to the Terrorist watchlist.   Complaints most often arise either because the traveler's name and personal information is similar to the name and personal information of another person in systems which contain information from Federal, state, local and foreign sources or because the traveler has been delayed in travel for reasons unrelated to such data, such as by random screening.

DHS has researched and completed our review of your case.  Security procedures and legal concerns mandate that we can neither confirm nor deny any information about you which may be within federal watchlists or reveal any law enforcement sensitive information.  However, we have made any corrections to records that our inquiries determined were necessary, including, as appropriate, notations that may assist in avoiding incidents of misidentification.

For your general information, here is how redress helps you when traveling:

1.  When traveling by air to or within the United States, DHS recommends that you provide your redress control number (located at the top of this letter) when making your reservations.  This information will assist the new technologies being introduced in 2009-10 to help prevent misidentifications.
2.  When entering the United States from abroad, no additional action is required.  Where appropriate, as a result of the redress process, DHS employs a procedure to correct the information used to process travelers at the ports of entry that reduces the chance of misidentifications occurring.

Despite these positive efforts, we cannot ensure your travel will be delay-free. The redress process does not affect other standard screening procedures in place at airports and borders. For example, an individual may be selected for additional screening in order to resolve a walk-through metal detector alarm, because of random selection, or other reasons. While this process may sometimes be stressful, we rely on the patience, cooperation, and understanding of travelers in such cases. The aim of these security measures is to safeguard the people of the United States and visitors to this Nation.

This letter constitutes our final agency decision, which is reviewable by the United States Court of Appeals under 49 U.S.C. § 46110.

If you have any further questions, please contact DHS TRIP via e-mail at TRIP@dhs.gov, or write to the address found in the letterhead.

Sincerely,

Jim Kennedy
**DHS Traveler Redress Inquiry Program**

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



August 18, 2010

Mr. Mohamed Sheikh Abdirahman Kariye
███████████████████████
██████████████
█████████

Control Number:  2097225

Dear Mr. Kariye:

The Department of Homeland Security has received your Traveler Inquiry Form and identity documentation submitted to the Traveler Redress Inquiry Program (DHS TRIP).

In response to your request, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate, and it has been determined that no changes or corrections are warranted at this time.

If you feel that this decision is in error, you may file a request for administrative appeal with the Transportation Security Administration by following the instructions in the enclosure, "How to Request an Appeal of an Initial Agency Decision."  The information you submit should be as complete as possible and include accurate dates, complete addresses, names, and telephone numbers where appropriate.

This determination will become final 30 calendar days after you receive this letter unless you file a timely administrative appeal.  Final determinations are reviewable by the United States Court of Appeals pursuant to 49 U.S.C. § 46110.

If you have further questions, you may contact DHS TRIP by e-mail at TRIP@dhs.gov or by writing to the following address:

DHS Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

Sincerely,

Jim Kennedy
Traveler Redress Inquiry Program

Enclosure

www.dhs.gov/trip

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



# HOW TO REQUEST AN APPEAL OF AN INITIAL AGENCY DECISION

### CAN I OBTAIN MATERIALS UPON WHICH THE DECISION IS BASED?

You can request the releasable materials on which the Agency's decision was based. The Transportation Security Administration (TSA) will provide the releasable materials, subject to the following provisions:

(i)      TSA will not disclose to the individual material classified in accordance with Executive Order 12958, as amended, and

(ii)      TSA reserves the right not to disclose any information or material warranting protection, including law enforcement sensitive information and information protected from disclosure by law or regulation.

### CAN I APPEAL THE DECISION?

Yes. You may submit an appeal (typed or legibly written) disputing the initial decision. This appeal must include the reason(s) why you dispute the decision. You may provide any information in your reply that you believe will be helpful to TSA in making a final decision in this matter. You may also provide supporting documents that demonstrate that you do not pose a security threat. To process your appeal, TSA must have the following information:

1. The addresses of each residence where you have lived within the past five years;

2. The names of your landlord or mortgage holder for each of the residences identified in number 1 above;

3. The name, address, and telephone number of someone who knew you at each of the residences identified in number 1 above;

4. The names, addresses, telephone numbers, and citizenships of all immediate family members[1];

---

[1] The term "immediate family members" includes the following: spouses, parents, children (both adult children and minors 14 and over), and siblings, whether or not the relationship is biological, by marriage or adoption. In-laws (mothers-in-law, fathers-in-law, sisters-in-law, and brothers-in-law) should also be included.

5. The names, addresses, and telephone numbers of all employers for whom you have worked within the past five years, including any companies for which you worked as an independent contractor or consultant;

6. Do you own or rent any property outside of the United States?  If so, please provide details.

7. Are you now or have your ever been employed by or acted on behalf of a government other than the United States government, including military service?  If so, please provide details.

WHAT IS THE TIME FRAME FOR AN APPEAL?

You may initiate an appeal by submitting a written appeal to TSA or written request for materials from TSA.  If you fail to initiate an appeal within 30 days after receipt of your initial determination, the initial determination will become final.

Within 30 days after receiving your request for materials, TSA will send you copies of the releasable materials on which the agency's initial determination was based.

You must submit a written appeal within 30 days after receipt of the initial determination, or 30 days after receipt of the TSA response to your request for materials, if you submit such a request.

TSA will then provide you with a final determination within 60 calendar days of receipt of your appeal.  The time frame for processing an appeal may be extended for good cause.

CAN I REQUEST AN EXTENSION OF TIME TO FILE MY APPEAL?

Yes.  If you need additional time in which to submit your appeal, you may contact the TSA to request an extension of time by writing to the address below.  You will be granted an automatic extension of up to 30 calendar days if good cause is shown.  Your request for an extension of time must be received by TSA within a reasonable time prior to the due date in order to receive an extension.

WHERE DO I SEND MY APPEAL?

All correspondence to TSA should have your full name, mailing address, and date of birth at the top of each page you submit.

Correspondence must be mailed to:

Transportation Security Administration
Office of Transportation Security Redress
Attention:  Mr. Jim Kennedy
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

WHAT WILL HAPPEN IF I DO NOT FILE A TIMELY APPEAL?

If you do not file a timely appeal, the DHS decision will become final.  For purposes of judicial review, the final decision constitutes a final DHS order pursuant to 49 U.S.C. § 46110.

The information provided during this appeal process must be true, complete, and correct to the best of your knowledge and provided in good faith.  Knowingly and willfully making any materially false statement, or omission of a material fact, during the appeal process can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).

Privacy Act Notice

Authority:  The authority for collecting this information is 49 U.S.C. §§ 114 and 44903.

Purpose:  This voluntary submission is provided to afford the Department of Homeland Security and the Transportation Security Administration the ability to confirm your identity.  Information provided may also be used to help prevent repeated delays of misidentified persons.

Routine Uses: Routine uses of this information includes disclosure to appropriate governmental agencies for law enforcement or security purposes, or to airports or air carriers to verify your identity for purposes of security screening, or to governmental agencies in order to research, resolve, and respond to inquiries or complaints made regarding the screening or vetting process.

I understand the above information and am voluntarily submitting this information.

(Printed Name) _____

(Signature) _____

(Date) _____

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



November 4, 2010

Mr. Faisal Nabin Kashem



Control Number:  2103133

Dear Mr. Kashem:

The Department of Homeland Security has received your Traveler Inquiry Form and identity documentation submitted to the Traveler Redress Inquiry Program (DHS TRIP).

In response to your request, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate, and it has been determined that no changes or corrections are warranted at this time.

If you feel that this decision is in error, you may file a request for administrative appeal with the Transportation Security Administration by following the instructions in the enclosure, "How to Request an Appeal of an Initial Agency Decision."  The information you submit should be as complete as possible and include accurate dates, complete addresses, names, and telephone numbers where appropriate.

This determination will become final 30 calendar days after you receive this letter unless you file a timely administrative appeal.  Final determinations are reviewable by the United States Court of Appeals pursuant to 49 U.S.C. § 46110.

If you have further questions, you may contact DHS TRIP by e-mail at TRIP@dhs.gov or by writing to the following address:

DHS Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

Sincerely,

Jim Kennedy
Traveler Redress Inquiry Program

Enclosure

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



# <u>HOW TO REQUEST AN APPEAL OF AN INITIAL AGENCY DECISION</u>

### <u>CAN I OBTAIN MATERIALS UPON WHICH THE DECISION IS BASED?</u>

You can request the releasable materials on which the Agency's decision was based. The Transportation Security Administration (TSA) will provide the releasable materials, subject to the following provisions:

(i)  TSA will not disclose to the individual material classified in accordance with Executive Order 12958, as amended, and

(ii)  TSA reserves the right not to disclose any information or material warranting protection, including law enforcement sensitive information and information protected from disclosure by law or regulation.

### <u>CAN I APPEAL THE DECISION?</u>

Yes. You may submit an appeal (typed or legibly written) disputing the initial decision. This appeal must include the reason(s) why you dispute the decision. You may provide any information in your reply that you believe will be helpful to TSA in making a final decision in this matter. You may also provide supporting documents that demonstrate that you do not pose a security threat. To process your appeal, TSA must have the following information:

1.  The addresses of each residence where you have lived within the past five years;

2.  The names of your landlord or mortgage holder for each of the residences identified in number 1 above;

3.  The name, address, and telephone number of someone who knew you at each of the residences identified in number 1 above;

4.  The names, addresses, telephone numbers, and citizenships of all immediate family members[1];

5.  The names, addresses, and telephone numbers of all employers for whom you have worked within the past five years, including any companies for which you worked as an independent contractor or consultant;

6.  Do you own or rent any property outside of the United States? If so, please provide details.

---

[1] The term "immediate family members" includes the following: spouses, parents, children (both adult children and minors 14 and over), and siblings, whether or not the relationship is biological, by marriage or adoption. In-laws (mothers-in-law, fathers-in-law, sisters-in-law, and brothers-in-law) should also be included.

7.  Are you now or have your ever been employed by or acted on behalf of a government other than the United States government, including military service?  If so, please provide details.

## WHAT IS THE TIME FRAME FOR AN APPEAL?

You may initiate an appeal by submitting a written appeal to TSA or written request for materials from TSA.  If you fail to initiate an appeal within 30 days after receipt of your initial determination, the initial determination will become final.

Within 30 days after receiving your request for materials, TSA will send you copies of the releasable materials on which the agency's initial determination was based.

You must submit a written appeal within 30 days after receipt of the initial determination, or 30 days after receipt of the TSA response to your request for materials, if you submit such a request.

TSA will then provide you with a final determination within 60 calendar days of receipt of your appeal.  The time frame for processing an appeal may be extended for good cause.

## CAN I REQUEST AN EXTENSION OF TIME TO FILE MY APPEAL?

Yes.  If you need additional time in which to submit your appeal, you may contact the TSA to request an extension of time by writing to the address below.  You will be granted an automatic extension of up to 30 calendar days if good cause is shown.  Your request for an extension of time must be received by TSA within a reasonable time prior to the due date in order to receive an extension.

## WHERE DO I SEND MY APPEAL?

All correspondence to TSA should have your full name, mailing address, and date of birth at the top of each page you submit.

Correspondence must be mailed to:

> Transportation Security Administration
> Office of Transportation Security Redress
> Attention:  Mr. Jim Kennedy
> 601 South 12th Street, TSA-901
> Arlington, VA 20598-6901

WHAT WILL HAPPEN IF I DO NOT FILE A TIMELY APPEAL?

If you do not file a timely appeal, the DHS decision will become final.  For purposes of judicial review, the final decision constitutes a final DHS order pursuant to 49 U.S.C. § 46110.

> The information provided during this appeal process must be true, complete, and correct to the best of your knowledge and provided in good faith.  Knowingly and willfully making any materially false statement, or omission of a material fact, during the appeal process can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).
>
> Privacy Act Notice
>
> Authority:  The authority for collecting this information is 49 U.S.C. §§ 114 and 44903.
>
> Purpose:  This voluntary submission is provided to afford the Department of Homeland Security and the Transportation Security Administration the ability to confirm your identity. Information provided may also be used to help prevent repeated delays of misidentified persons.
>
> Routine Uses: Routine uses of this information includes disclosure to appropriate governmental agencies for law enforcement or security purposes, or to airports or air carriers to verify your identity for purposes of security screening, or to governmental agencies in order to research, resolve, and respond to inquiries or complaints made regarding the screening or vetting process.

(Printed Name) _____

(Signature) _____

(Date) _____



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

August 19, 2010

Mr. Raymond Earl Knaeble, IV



Control Number:  2093292

Dear Mr. Knaeble:

The Department of Homeland Security has received your Traveler Inquiry Form and identity documentation submitted to the Traveler Redress Inquiry Program (DHS TRIP).

In response to your request, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate, and it has been determined that no changes or corrections are warranted at this time.

If you feel that this decision is in error, you may file a request for administrative appeal with the Transportation Security Administration by following the instructions in the enclosure, "How to Request an Appeal of an Initial Agency Decision." The information you submit should be as complete as possible and include accurate dates, complete addresses, names, and telephone numbers where appropriate.

This determination will become final 30 calendar days after you receive this letter unless you file a timely administrative appeal. Final determinations are reviewable by the United States Court of Appeals pursuant to 49 U.S.C. § 46110.

If you have further questions, you may contact DHS TRIP by e-mail at TRIP@dhs.gov or by writing to the following address:

DHS Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

Sincerely,

Jim Kennedy
Traveler Redress Inquiry Program

Enclosure

www.dhs.gov/trip

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



## <u>HOW TO REQUEST AN APPEAL OF AN INITIAL AGENCY DECISION</u>

<u>CAN I OBTAIN MATERIALS UPON WHICH THE DECISION IS BASED?</u>

You can request the releasable materials on which the Agency's decision was based.  The Transportation Security Administration (TSA) will provide the releasable materials, subject to the following provisions:

(i)     TSA will not disclose to the individual material classified in accordance with  Executive Order 12958, as amended, and

(ii)    TSA reserves the right not to disclose any information or material warranting protection, including law enforcement sensitive information and information protected from disclosure by law or regulation.

<u>CAN I APPEAL THE DECISION?</u>

Yes.  You may submit an appeal (typed or legibly written) disputing the initial decision.  This appeal must include the reason(s) why you dispute the decision.  You may provide any information in your reply that you believe will be helpful to TSA in making a final decision in this matter.  You may also provide supporting documents that demonstrate that you do not pose a security threat.  To process your appeal, TSA must have the following information:

1.  The addresses of each residence where you have lived within the past five years;

2.  The names of your landlord or mortgage holder for each of the residences identified in number 1 above;

3.  The name, address, and telephone number of someone who knew you at each of the residences identified in number 1 above;

4.  The names, addresses, telephone numbers, and citizenships of all immediate family members[1];

---

[1] The term "immediate family members" includes the following:  spouses, parents, children (both adult children and minors 14 and over), and siblings, whether or not the relationship is biological, by marriage or adoption.  In-laws (mothers-in-law, fathers-in-law, sisters-in-law, and brothers-in-law) should also be included.

5. The names, addresses, and telephone numbers of all employers for whom you have worked within the past five years, including any companies for which you worked as an independent contractor or consultant;

6. Do you own or rent any property outside of the United States? If so, please provide details.

7. Are you now or have your ever been employed by or acted on behalf of a government other than the United States government, including military service? If so, please provide details.

WHAT IS THE TIME FRAME FOR AN APPEAL?

You may initiate an appeal by submitting a written appeal to TSA or written request for materials from TSA. If you fail to initiate an appeal within 30 days after receipt of your initial determination, the initial determination will become final.

Within 30 days after receiving your request for materials, TSA will send you copies of the releasable materials on which the agency's initial determination was based.

You must submit a written appeal within 30 days after receipt of the initial determination, or 30 days after receipt of the TSA response to your request for materials, if you submit such a request.

TSA will then provide you with a final determination within 60 calendar days of receipt of your appeal. The time frame for processing an appeal may be extended for good cause.

CAN I REQUEST AN EXTENSION OF TIME TO FILE MY APPEAL?

Yes. If you need additional time in which to submit your appeal, you may contact the TSA to request an extension of time by writing to the address below. You will be granted an automatic extension of up to 30 calendar days if good cause is shown. Your request for an extension of time must be received by TSA within a reasonable time prior to the due date in order to receive an extension.

WHERE DO I SEND MY APPEAL?

All correspondence to TSA should have your full name, mailing address, and date of birth at the top of each page you submit.

Correspondence must be mailed to:

> Transportation Security Administration
> Office of Transportation Security Redress
> Attention: Mr. Jim Kennedy
> 601 South 12th Street, TSA-901
> Arlington, VA 20598-6901

WHAT WILL HAPPEN IF I DO NOT FILE A TIMELY APPEAL?

If you do not file a timely appeal, the DHS decision will become final.  For purposes of judicial review, the final decision constitutes a final DHS order pursuant to 49 U.S.C. § 46110.

The information provided during this appeal process must be true, complete, and correct to the best of your knowledge and provided in good faith.  Knowingly and willfully making any materially false statement, or omission of a material fact, during the appeal process can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).

Privacy Act Notice

Authority:  The authority for collecting this information is 49 U.S.C. §§ 114 and 44903.

Purpose:  This voluntary submission is provided to afford the Department of Homeland Security and the Transportation Security Administration the ability to confirm your identity.  Information provided may also be used to help prevent repeated delays of misidentified persons.

Routine Uses: Routine uses of this information includes disclosure to appropriate governmental agencies for law enforcement or security purposes, or to airports or air carriers to verify your identity for purposes of security screening, or to governmental agencies in order to research, resolve, and respond to inquiries or complaints made regarding the screening or vetting process.

I understand the above information and am voluntarily submitting this information.

(Printed Name) _____

(Signature) _____

(Date) _____



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

August 9, 2010

Mr. Ayman Abdullah Latif

██████████████

████████████

██████████

Control Number:  2100977

Dear Mr. Latif:

    The Department of Homeland Security has received your Traveler Inquiry Form and identity documentation submitted to the Traveler Redress Inquiry Program (DHS TRIP).

    In response to your request, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate, and it has been determined that no changes or corrections are warranted at this time.

    If you feel that this decision is in error, you may file a request for administrative appeal with the Transportation Security Administration by following the instructions in the enclosure, "How to Request an Appeal of an Initial Agency Decision."  The information you submit should be as complete as possible and include accurate dates, complete addresses, names, and telephone numbers where appropriate.

    This determination will become final 30 calendar days after you receive this letter unless you file a timely administrative appeal.  Final determinations are reviewable by the United States Court of Appeals pursuant to 49 U.S.C. § 46110.

    If you have further questions, you may contact DHS TRIP by e-mail at TRIP@dhs.gov or by writing to the following address:

        DHS Traveler Redress Inquiry Program (TRIP)
        601 South 12th Street, TSA-901
        Arlington, VA 20598-6901

Sincerely,



Jim Kennedy
Traveler Redress Inquiry Program

Enclosure

U.S. Department of Homeland Security
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



## <u>HOW TO REQUEST AN APPEAL OF AN INITIAL AGENCY DECISION</u>

<u>CAN I OBTAIN MATERIALS UPON WHICH THE DECISION IS BASED?</u>

You can request the releasable materials on which the Agency's decision was based.  The Transportation Security Administration (TSA) will provide the releasable materials, subject to the following provisions:

> (i)     TSA will not disclose to the individual material classified in accordance with  Executive Order 12958, as amended, and
>
> (ii)    TSA reserves the right not to disclose any information or material warranting protection, including law enforcement sensitive information and information protected from disclosure by law or regulation.

<u>CAN I APPEAL THE DECISION?</u>

Yes.  You may submit an appeal (typed or legibly written) disputing the initial decision. This appeal must include the reason(s) why you dispute the decision.  You may provide any information in your reply that you believe will be helpful to TSA in making a final decision in this matter.  You may also provide supporting documents that demonstrate that you do not pose a security threat.  To process your appeal, TSA must have the following information:

1.  The addresses of each residence where you have lived within the past five years;

2.  The names of your landlord or mortgage holder for each of the residences identified in number 1 above;

3.  The name, address, and telephone number of someone who knew you at each of the residences identified in number 1 above;

4.  The names, addresses, telephone numbers, and citizenships of all immediate family members[1];

---

[1] The term "immediate family members" includes the following:  spouses, parents, children (both adult children and minors 14 and over), and siblings, whether or not the relationship is biological, by marriage or adoption.  In-laws (mothers-in-law, fathers-in-law, sisters-in-law, and brothers-in-law) should also be included.

5. The names, addresses, and telephone numbers of all employers for whom you have worked within the past five years, including any companies for which you worked as an independent contractor or consultant;

6. Do you own or rent any property outside of the United States? If so, please provide details.

7. Are you now or have your ever been employed by or acted on behalf of a government other than the United States government, including military service? If so, please provide details.

WHAT IS THE TIME FRAME FOR AN APPEAL?

You may initiate an appeal by submitting a written appeal to TSA or written request for materials from TSA. If you fail to initiate an appeal within 30 days after receipt of your initial determination, the initial determination will become final.

Within 30 days after receiving your request for materials, TSA will send you copies of the releasable materials on which the agency's initial determination was based.

You must submit a written appeal within 30 days after receipt of the initial determination, or 30 days after receipt of the TSA response to your request for materials, if you submit such a request.

TSA will then provide you with a final determination within 60 calendar days of receipt of your appeal. The time frame for processing an appeal may be extended for good cause.

CAN I REQUEST AN EXTENSION OF TIME TO FILE MY APPEAL?

Yes. If you need additional time in which to submit your appeal, you may contact the TSA to request an extension of time by writing to the address below. You will be granted an automatic extension of up to 30 calendar days if good cause is shown. Your request for an extension of time must be received by TSA within a reasonable time prior to the due date in order to receive an extension.

WHERE DO I SEND MY APPEAL?

All correspondence to TSA should have your full name, mailing address, and date of birth at the top of each page you submit.

Correspondence must be mailed to:

>Transportation Security Administration
>Office of Transportation Security Redress
>Attention: Mr. Jim Kennedy
>601 South 12th Street, TSA-901
>Arlington, VA 20598-6901

WHAT WILL HAPPEN IF I DO NOT FILE A TIMELY APPEAL?

If you do not file a timely appeal, the DHS decision will become final.  For purposes of judicial review, the final decision constitutes a final DHS order pursuant to 49 U.S.C. § 46110.

---

The information provided during this appeal process must be true, complete, and correct to the best of your knowledge and provided in good faith.  Knowingly and willfully making any materially false statement, or omission of a material fact, during the appeal process can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).

Privacy Act Notice

Authority:  The authority for collecting this information is 49 U.S.C. §§ 114 and 44903.

Purpose:  This voluntary submission is provided to afford the Department of Homeland Security and the Transportation Security Administration the ability to confirm your identity. Information provided may also be used to help prevent repeated delays of misidentified persons.

Routine Uses: Routine uses of this information includes disclosure to appropriate governmental agencies for law enforcement or security purposes, or to airports or air carriers to verify your identity for purposes of security screening, or to governmental agencies in order to research, resolve, and respond to inquiries or complaints made regarding the screening or vetting process.

I understand the above information and am voluntarily submitting this information.

---

(Printed Name) _____

(Signature) _____

(Date) _____



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

October 13, 2009

Mr. Amir M. Meshal
████████████████
████████████████████

Control Number:  2061053

Dear Mr. Meshal:

The Department of Homeland Security has received your Traveler Inquiry Form and identity documentation submitted to the Traveler Redress Inquiry Program (DHS TRIP).

In response to your request, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate, and it has been determined that no changes or corrections are warranted at this time.

If you feel that this decision is in error, you may file a request for administrative appeal with the Transportation Security Administration by following the instructions in the enclosure, "How to Request an Appeal of an Initial Agency Decision."  The information you submit should be as complete as possible and include accurate dates, complete addresses, names, and telephone numbers where appropriate.

This determination will become final 30 calendar days after you receive this letter unless you file a timely administrative appeal.  Final determinations are reviewable by the United States Court of Appeals pursuant to 49 U.S.C. § 46110.

If you have further questions, you may contact DHS TRIP by e-mail at [TRIP@dhs.gov](mailto:TRIP@dhs.gov) or by writing to the following address:

DHS Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA  20598-6901

Sincerely,

Jim Kennedy
Traveler Redress Inquiry Program

Enclosure



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

# HOW TO REQUEST AN APPEAL OF AN INITIAL AGENCY DECISION

## CAN I OBTAIN MATERIALS UPON WHICH THE DECISION IS BASED?

You can request the releasable materials on which the Agency's decision was based.  The Transportation Security Administration (TSA) will provide the releasable materials, subject to the following provisions:

 (i)  TSA will not disclose to the individual material classified in accordance with Executive Order 12958, as amended, and

 (ii)  TSA reserves the right not to disclose any information or material warranting protection, including law enforcement sensitive information and information protected from disclosure by law or regulation.

## CAN I APPEAL THE DECISION?

Yes.  You may submit an appeal (typed or legibly written) disputing the initial decision.  This appeal must include the reason(s) why you dispute the decision.  You may provide any information in your reply that you believe will be helpful to TSA in making a final decision in this matter.  You may also provide supporting documents that demonstrate that you do not pose a security threat.  To process your appeal, TSA must have the following information:

 1.  The addresses of each residence where you have lived within the past five years;

 2.  The names of your landlord or mortgage holder for each of the residences identified in number 1 above;

 3.  The name, address, and telephone number of someone who knew you at each of the residences identified in number 1 above;

 4.  The names, addresses, telephone numbers, and citizenships of all immediate family members[1];

 5. The names, addresses, and telephone numbers of all employers for whom you have worked within the past five years, including any companies for which you worked as an independent contractor or consultant;

---

[1] The term "immediate family members" includes the following:  spouses, parents, children (both adult children and minors 14 and over), and siblings, whether or not the relationship is biological, by marriage or adoption.  In-laws (mothers-in-law, fathers-in-law, sisters-in-law, and brothers-in-law) should also be included.

6. Do you own or rent any property outside of the United States? If so, please provide details.

7. Are you now or have your ever been employed by or acted on behalf of a government other than the United States government, including military service? If so, please provide details.

WHAT IS THE TIME FRAME FOR AN APPEAL?

You may initiate an appeal by submitting a written appeal to TSA or written request for materials from TSA. If you fail to initiate an appeal within 30 days after receipt of your initial determination, the initial determination will become final.

Within 30 days after receiving your request for materials, TSA will send you copies of the releasable materials on which the agency's initial determination was based.

You must submit a written appeal within 30 days after receipt of the initial determination, or 30 days after receipt of the TSA response to your request for materials, if you submit such a request.

TSA will then provide you with a final determination within 60 calendar days of receipt of your appeal. The time frame for processing an appeal may be extended for good cause.

CAN I REQUEST AN EXTENSION OF TIME TO FILE MY APPEAL?

Yes. If you need additional time in which to submit your appeal, you may contact the TSA to request an extension of time by writing to the address below. You will be granted an automatic extension of up to 30 calendar days if good cause is shown. Your request for an extension of time must be received by TSA within a reasonable time prior to the due date in order to receive an extension.

WHERE DO I SEND MY APPEAL?

All correspondence to TSA should have your full name, mailing address, and date of birth at the top of each page you submit.

Correspondence must be mailed to:

> Transportation Security Administration
> Office of Transportation Security Redress
> Attention: Mr. Jim Kennedy
> 601 South 12th Street, TSA-901
> Arlington, VA 20598-6901

W<small>HAT</small> W<small>ILL</small> H<small>APPEN</small> I<small>F</small> I D<small>O</small> N<small>OT</small> F<small>ILE</small> <small>A</small> T<small>IMELY</small> A<small>PPEAL</small>?

If you do not file a timely appeal, the DHS decision will become final. For purposes of judicial review, the final decision constitutes a final DHS order pursuant to 49 U.S.C. § 46110.

---

The information provided during this appeal process must be true, complete, and correct to the best of your knowledge and provided in good faith. Knowingly and willfully making any materially false statement, or omission of a material fact, during the appeal process can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).

Privacy Act Notice

Authority: The authority for collecting this information is 49 U.S.C. §§ 114 and 44903.

Purpose: This voluntary submission is provided to afford the Department of Homeland Security and the Transportation Security Administration the ability to confirm your identity. Information provided may also be used to help prevent repeated delays of misidentified persons.

Routine Uses: Routine uses of this information includes disclosure to appropriate governmental agencies for law enforcement or security purposes, or to airports or air carriers to verify your identity for purposes of security screening, or to governmental agencies in order to research, resolve, and respond to inquiries or complaints made regarding the screening or vetting process.

I understand the above information and am voluntarily submitting this information.

---

(Printed Name) _____

(Signature) _____

(Date) _____



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

October 29, 2010

Mr. Ibraheim Y. Mashal

██████████████████
████████████████████
████████████

Control Number:  2095831

Dear Mr. Mashal:

   The Department of Homeland Security has received your Traveler Inquiry Form and identity documentation submitted to the Traveler Redress Inquiry Program (DHS TRIP).

   In response to your request, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate, and it has been determined that no changes or corrections are warranted at this time.

   If you feel that this decision is in error, you may file a request for administrative appeal with the Transportation Security Administration by following the instructions in the enclosure, "How to Request an Appeal of an Initial Agency Decision."  The information you submit should be as complete as possible and include accurate dates, complete addresses, names, and telephone numbers where appropriate.

   This determination will become final 30 calendar days after you receive this letter unless you file a timely administrative appeal.  Final determinations are reviewable by the United States Court of Appeals pursuant to 49 U.S.C. § 46110.

   If you have further questions, you may contact DHS TRIP by e-mail at TRIP@dhs.gov or by writing to the following address:

   DHS Traveler Redress Inquiry Program (TRIP)
   601 South 12th Street, TSA-901
   Arlington, VA 20598-6901

Sincerely,

Jim Kennedy
Traveler Redress Inquiry Program

Enclosure

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



## HOW TO REQUEST AN APPEAL OF AN INITIAL AGENCY DECISION

### CAN I OBTAIN MATERIALS UPON WHICH THE DECISION IS BASED?

You can request the releasable materials on which the Agency's decision was based.  The Transportation Security Administration (TSA) will provide the releasable materials, subject to the following provisions:

(i)      TSA will not disclose to the individual material classified in accordance with Executive Order 12958, as amended, and

(ii)     TSA reserves the right not to disclose any information or material warranting protection, including law enforcement sensitive information and information protected from disclosure by law or regulation.

### CAN I APPEAL THE DECISION?

Yes.  You may submit an appeal (typed or legibly written) disputing the initial decision.  This appeal must include the reason(s) why you dispute the decision.  You may provide any information in your reply that you believe will be helpful to TSA in making a final decision in this matter.  You may also provide supporting documents that demonstrate that you do not pose a security threat.  To process your appeal, TSA must have the following information:

1.  The addresses of each residence where you have lived within the past five years;

2.  The names of your landlord or mortgage holder for each of the residences identified in number 1 above;

3.  The name, address, and telephone number of someone who knew you at each of the residences identified in number 1 above;

4.  The names, addresses, telephone numbers, and citizenships of all immediate family members[1];

5. The names, addresses, and telephone numbers of all employers for whom you have worked within the past five years, including any companies for which you worked as an independent contractor or consultant;

6.  Do you own or rent any property outside of the United States?  If so, please provide details.

---

[1] The term "immediate family members" includes the following:  spouses, parents, children (both adult children and minors 14 and over), and siblings, whether or not the relationship is biological, by marriage or adoption.  In-laws (mothers-in-law, fathers-in-law, sisters-in-law, and brothers-in-law) should also be included.

7.  Are you now or have your ever been employed by or acted on behalf of a government other than the United States government, including military service?  If so, please provide details.

WHAT IS THE TIME FRAME FOR AN APPEAL?

You may initiate an appeal by submitting a written appeal to TSA or written request for materials from TSA.  If you fail to initiate an appeal within 30 days after receipt of your initial determination, the initial determination will become final.

Within 30 days after receiving your request for materials, TSA will send you copies of the releasable materials on which the agency's initial determination was based.

You must submit a written appeal within 30 days after receipt of the initial determination, or 30 days after receipt of the TSA response to your request for materials, if you submit such a request.

TSA will then provide you with a final determination within 60 calendar days of receipt of your appeal.  The time frame for processing an appeal may be extended for good cause.

CAN I REQUEST AN EXTENSION OF TIME TO FILE MY APPEAL?

Yes.  If you need additional time in which to submit your appeal, you may contact the TSA to request an extension of time by writing to the address below.  You will be granted an automatic extension of up to 30 calendar days if good cause is shown.  Your request for an extension of time must be received by TSA within a reasonable time prior to the due date in order to receive an extension.

WHERE DO I SEND MY APPEAL?

All correspondence to TSA should have your full name, mailing address, and date of birth at the top of each page you submit.

Correspondence must be mailed to:

> Transportation Security Administration
> Office of Transportation Security Redress
> Attention:  Mr. Jim Kennedy
> 601 South 12th Street, TSA-901
> Arlington, VA 20598-6901

WHAT WILL HAPPEN IF I DO NOT FILE A TIMELY APPEAL?

If you do not file a timely appeal, the DHS decision will become final.  For purposes of judicial review, the final decision constitutes a final DHS order pursuant to 49 U.S.C. § 46110.

The information provided during this appeal process must be true, complete, and correct to the best of your knowledge and provided in good faith.  Knowingly and willfully making any materially false statement, or omission of a material fact, during the appeal process can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).

Privacy Act Notice

Authority:  The authority for collecting this information is 49 U.S.C. §§ 114 and 44903.

Purpose:  This voluntary submission is provided to afford the Department of Homeland Security and the Transportation Security Administration the ability to confirm your identity.  Information provided may also be used to help prevent repeated delays of misidentified persons.

Routine Uses: Routine uses of this information includes disclosure to appropriate governmental agencies for law enforcement or security purposes, or to airports or air carriers to verify your identity for purposes of security screening, or to governmental agencies in order to research, resolve, and respond to inquiries or complaints made regarding the screening or vetting process.

(Printed Name) _____

(Signature) _____

(Date) _____



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

October 28, 2010

Mr. Elias Mustafa Mohamed
████████████████
████████████████
████████████

Control Number:  2103288

Dear Mr. Mohamed:

    The Department of Homeland Security has received your Traveler Inquiry Form and identity documentation submitted to the Traveler Redress Inquiry Program (DHS TRIP).

    In response to your request, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate, and it has been determined that no changes or corrections are warranted at this time.

    If you feel that this decision is in error, you may file a request for administrative appeal with the Transportation Security Administration by following the instructions in the enclosure, "How to Request an Appeal of an Initial Agency Decision."  The information you submit should be as complete as possible and include accurate dates, complete addresses, names, and telephone numbers where appropriate.

    This determination will become final 30 calendar days after you receive this letter unless you file a timely administrative appeal.  Final determinations are reviewable by the United States Court of Appeals pursuant to 49 U.S.C. § 46110.

    If you have further questions, you may contact DHS TRIP by e-mail at TRIP@dhs.gov or by writing to the following address:

        DHS Traveler Redress Inquiry Program (TRIP)
        601 South 12th Street, TSA-901
        Arlington, VA 20598-6901

Sincerely,

Jim Kennedy
Traveler Redress Inquiry Program

Enclosure

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



## <u>HOW TO REQUEST AN APPEAL OF AN INITIAL AGENCY DECISION</u>

### <u>CAN I OBTAIN MATERIALS UPON WHICH THE DECISION IS BASED?</u>

You can request the releasable materials on which the Agency's decision was based. The Transportation Security Administration (TSA) will provide the releasable materials, subject to the following provisions:

    (i)      TSA will not disclose to the individual material classified in accordance with Executive Order 12958, as amended, and

    (ii)     TSA reserves the right not to disclose any information or material warranting protection, including law enforcement sensitive information and information protected from disclosure by law or regulation.

### <u>CAN I APPEAL THE DECISION?</u>

Yes. You may submit an appeal (typed or legibly written) disputing the initial decision. This appeal must include the reason(s) why you dispute the decision. You may provide any information in your reply that you believe will be helpful to TSA in making a final decision in this matter. You may also provide supporting documents that demonstrate that you do not pose a security threat. To process your appeal, TSA must have the following information:

    1. The addresses of each residence where you have lived within the past five years;

    2. The names of your landlord or mortgage holder for each of the residences identified in number 1 above;

    3. The name, address, and telephone number of someone who knew you at each of the residences identified in number 1 above;

    4. The names, addresses, telephone numbers, and citizenships of all immediate family members[1];

    5. The names, addresses, and telephone numbers of all employers for whom you have worked within the past five years, including any companies for which you worked as an independent contractor or consultant;

    6. Do you own or rent any property outside of the United States? If so, please provide details.

---

[1] The term "immediate family members" includes the following: spouses, parents, children (both adult children and minors 14 and over), and siblings, whether or not the relationship is biological, by marriage or adoption. In-laws (mothers-in-law, fathers-in-law, sisters-in-law, and brothers-in-law) should also be included.

7.  Are you now or have your ever been employed by or acted on behalf of a government other than the United States government, including military service?  If so, please provide details.

WHAT IS THE TIME FRAME FOR AN APPEAL?

You may initiate an appeal by submitting a written appeal to TSA or written request for materials from TSA.  If you fail to initiate an appeal within 30 days after receipt of your initial determination, the initial determination will become final.

Within 30 days after receiving your request for materials, TSA will send you copies of the releasable materials on which the agency's initial determination was based.

You must submit a written appeal within 30 days after receipt of the initial determination, or 30 days after receipt of the TSA response to your request for materials, if you submit such a request.

TSA will then provide you with a final determination within 60 calendar days of receipt of your appeal.  The time frame for processing an appeal may be extended for good cause.

CAN I REQUEST AN EXTENSION OF TIME TO FILE MY APPEAL?

Yes.  If you need additional time in which to submit your appeal, you may contact the TSA to request an extension of time by writing to the address below.  You will be granted an automatic extension of up to 30 calendar days if good cause is shown.  Your request for an extension of time must be received by TSA within a reasonable time prior to the due date in order to receive an extension.

WHERE DO I SEND MY APPEAL?

All correspondence to TSA should have your full name, mailing address, and date of birth at the top of each page you submit.

Correspondence must be mailed to:

> Transportation Security Administration
> Office of Transportation Security Redress
> Attention:  Mr. Jim Kennedy
> 601 South 12th Street, TSA-901
> Arlington, VA 20598-6901

WHAT WILL HAPPEN IF I DO NOT FILE A TIMELY APPEAL?

If you do not file a timely appeal, the DHS decision will become final.  For purposes of judicial review, the final decision constitutes a final DHS order pursuant to 49 U.S.C. § 46110.

The information provided during this appeal process must be true, complete, and correct to the best of your knowledge and provided in good faith.  Knowingly and willfully making any materially false statement, or omission of a material fact, during the appeal process can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).

Privacy Act Notice

Authority:  The authority for collecting this information is 49 U.S.C. §§ 114 and 44903.

Purpose:  This voluntary submission is provided to afford the Department of Homeland Security and the Transportation Security Administration the ability to confirm your identity. Information provided may also be used to help prevent repeated delays of misidentified persons.

Routine Uses: Routine uses of this information includes disclosure to appropriate governmental agencies for law enforcement or security purposes, or to airports or air carriers to verify your identity for purposes of security screening, or to governmental agencies in order to research, resolve, and respond to inquiries or complaints made regarding the screening or vetting process.

(Printed Name) _____

(Signature) _____

(Date) _____



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

October 21, 2010

Mr. Samir Mohamed Ahmed Mohamed

███████████████
██████████████████
████████████

Control Number:  2101514

Dear Mr. Mohamed:

The Department of Homeland Security has received your Traveler Inquiry Form and identity documentation submitted to the Traveler Redress Inquiry Program (DHS TRIP).

In response to your request, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate, and it has been determined that no changes or corrections are warranted at this time.

If you feel that this decision is in error, you may file a request for administrative appeal with the Transportation Security Administration by following the instructions in the enclosure, "How to Request an Appeal of an Initial Agency Decision." The information you submit should be as complete as possible and include accurate dates, complete addresses, names, and telephone numbers where appropriate.

This determination will become final 30 calendar days after you receive this letter unless you file a timely administrative appeal. Final determinations are reviewable by the United States Court of Appeals pursuant to 49 U.S.C. § 46110.

If you have further questions, you may contact DHS TRIP by e-mail at TRIP@dhs.gov or by writing to the following address:

DHS Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

Sincerely,

Jim Kennedy
Traveler Redress Inquiry Program

Enclosure

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



## <u>HOW TO REQUEST AN APPEAL OF AN INITIAL AGENCY DECISION</u>

<u>CAN I OBTAIN MATERIALS UPON WHICH THE DECISION IS BASED?</u>

You can request the releasable materials on which the Agency's decision was based. The Transportation Security Administration (TSA) will provide the releasable materials, subject to the following provisions:

(i)     TSA will not disclose to the individual material classified in accordance with Executive Order 12958, as amended, and

(ii)     TSA reserves the right not to disclose any information or material warranting protection, including law enforcement sensitive information and information protected from disclosure by law or regulation.

<u>CAN I APPEAL THE DECISION?</u>

Yes. You may submit an appeal (typed or legibly written) disputing the initial decision. This appeal must include the reason(s) why you dispute the decision. You may provide any information in your reply that you believe will be helpful to TSA in making a final decision in this matter. You may also provide supporting documents that demonstrate that you do not pose a security threat. To process your appeal, TSA must have the following information:

1. The addresses of each residence where you have lived within the past five years;

2. The names of your landlord or mortgage holder for each of the residences identified in number 1 above;

3. The name, address, and telephone number of someone who knew you at each of the residences identified in number 1 above;

4. The names, addresses, telephone numbers, and citizenships of all immediate family members[1];

5. The names, addresses, and telephone numbers of all employers for whom you have worked within the past five years, including any companies for which you worked as an independent contractor or consultant;

6. Do you own or rent any property outside of the United States? If so, please provide details.

---

[1] The term "immediate family members" includes the following: spouses, parents, children (both adult children and minors 14 and over), and siblings, whether or not the relationship is biological, by marriage or adoption. In-laws (mothers-in-law, fathers-in-law, sisters-in-law, and brothers-in-law) should also be included.

7. Are you now or have your ever been employed by or acted on behalf of a government other than the United States government, including military service? If so, please provide details.

WHAT IS THE TIME FRAME FOR AN APPEAL?

You may initiate an appeal by submitting a written appeal to TSA or written request for materials from TSA. If you fail to initiate an appeal within 30 days after receipt of your initial determination, the initial determination will become final.

Within 30 days after receiving your request for materials, TSA will send you copies of the releasable materials on which the agency's initial determination was based.

You must submit a written appeal within 30 days after receipt of the initial determination, or 30 days after receipt of the TSA response to your request for materials, if you submit such a request.

TSA will then provide you with a final determination within 60 calendar days of receipt of your appeal. The time frame for processing an appeal may be extended for good cause.

CAN I REQUEST AN EXTENSION OF TIME TO FILE MY APPEAL?

Yes. If you need additional time in which to submit your appeal, you may contact the TSA to request an extension of time by writing to the address below. You will be granted an automatic extension of up to 30 calendar days if good cause is shown. Your request for an extension of time must be received by TSA within a reasonable time prior to the due date in order to receive an extension.

WHERE DO I SEND MY APPEAL?

All correspondence to TSA should have your full name, mailing address, and date of birth at the top of each page you submit.

Correspondence must be mailed to:

Transportation Security Administration
Office of Transportation Security Redress
Attention: Mr. Jim Kennedy
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

W<small>HAT</small> W<small>ILL</small> H<small>APPEN</small> I<small>F</small> I D<small>O</small> N<small>OT</small> F<small>ILE A</small> T<small>IMELY</small> A<small>PPEAL</small>?

If you do not file a timely appeal, the DHS decision will become final.  For purposes of judicial review, the final decision constitutes a final DHS order pursuant to 49 U.S.C. § 46110.

The information provided during this appeal process must be true, complete, and correct to the best of your knowledge and provided in good faith.  Knowingly and willfully making any materially false statement, or omission of a material fact, during the appeal process can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).

Privacy Act Notice

Authority:  The authority for collecting this information is 49 U.S.C. §§ 114 and 44903.

Purpose:  This voluntary submission is provided to afford the Department of Homeland Security and the Transportation Security Administration the ability to confirm your identity. Information provided may also be used to help prevent repeated delays of misidentified persons.

Routine Uses: Routine uses of this information includes disclosure to appropriate governmental agencies for law enforcement or security purposes, or to airports or air carriers to verify your identity for purposes of security screening, or to governmental agencies in order to research, resolve, and respond to inquiries or complaints made regarding the screening or vetting process.

(Printed Name) _____

(Signature) _____

(Date) _____



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

October 28, 2010

Mr. Abdullatif Saleh H Muthanna

████████████████████
████████████████
██████████

Control Number:  2102791

Dear Mr. Muthanna:

    The Department of Homeland Security has received your Traveler Inquiry Form and identity documentation submitted to the Traveler Redress Inquiry Program (DHS TRIP).

    In response to your request, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate, and it has been determined that no changes or corrections are warranted at this time.

    If you feel that this decision is in error, you may file a request for administrative appeal with the Transportation Security Administration by following the instructions in the enclosure, "How to Request an Appeal of an Initial Agency Decision."  The information you submit should be as complete as possible and include accurate dates, complete addresses, names, and telephone numbers where appropriate.

    This determination will become final 30 calendar days after you receive this letter unless you file a timely administrative appeal.  Final determinations are reviewable by the United States Court of Appeals pursuant to 49 U.S.C. § 46110.

    If you have further questions, you may contact DHS TRIP by e-mail at TRIP@dhs.gov or by writing to the following address:

        DHS Traveler Redress Inquiry Program (TRIP)
        601 South 12th Street, TSA-901
        Arlington, VA 20598-6901

Sincerely,

Jim Kennedy
Traveler Redress Inquiry Program

Enclosure

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



## <u>HOW TO REQUEST AN APPEAL OF AN INITIAL AGENCY DECISION</u>

<u>CAN I OBTAIN MATERIALS UPON WHICH THE DECISION IS BASED?</u>

You can request the releasable materials on which the Agency's decision was based. The Transportation Security Administration (TSA) will provide the releasable materials, subject to the following provisions:

(i) TSA will not disclose to the individual material classified in accordance with Executive Order 12958, as amended, and

(ii) TSA reserves the right not to disclose any information or material warranting protection, including law enforcement sensitive information and information protected from disclosure by law or regulation.

<u>CAN I APPEAL THE DECISION?</u>

Yes. You may submit an appeal (typed or legibly written) disputing the initial decision. This appeal must include the reason(s) why you dispute the decision. You may provide any information in your reply that you believe will be helpful to TSA in making a final decision in this matter. You may also provide supporting documents that demonstrate that you do not pose a security threat. To process your appeal, TSA must have the following information:

1. The addresses of each residence where you have lived within the past five years;

2. The names of your landlord or mortgage holder for each of the residences identified in number 1 above;

3. The name, address, and telephone number of someone who knew you at each of the residences identified in number 1 above;

4. The names, addresses, telephone numbers, and citizenships of all immediate family members[1];

5. The names, addresses, and telephone numbers of all employers for whom you have worked within the past five years, including any companies for which you worked as an independent contractor or consultant;

6. Do you own or rent any property outside of the United States? If so, please provide details.

---

[1] The term "immediate family members" includes the following: spouses, parents, children (both adult children and minors 14 and over), and siblings, whether or not the relationship is biological, by marriage or adoption. In-laws (mothers-in-law, fathers-in-law, sisters-in-law, and brothers-in-law) should also be included.

7. Are you now or have your ever been employed by or acted on behalf of a government other than the United States government, including military service? If so, please provide details.

WHAT IS THE TIME FRAME FOR AN APPEAL?

You may initiate an appeal by submitting a written appeal to TSA or written request for materials from TSA. If you fail to initiate an appeal within 30 days after receipt of your initial determination, the initial determination will become final.

Within 30 days after receiving your request for materials, TSA will send you copies of the releasable materials on which the agency's initial determination was based.

You must submit a written appeal within 30 days after receipt of the initial determination, or 30 days after receipt of the TSA response to your request for materials, if you submit such a request.

TSA will then provide you with a final determination within 60 calendar days of receipt of your appeal. The time frame for processing an appeal may be extended for good cause.

CAN I REQUEST AN EXTENSION OF TIME TO FILE MY APPEAL?

Yes. If you need additional time in which to submit your appeal, you may contact the TSA to request an extension of time by writing to the address below. You will be granted an automatic extension of up to 30 calendar days if good cause is shown. Your request for an extension of time must be received by TSA within a reasonable time prior to the due date in order to receive an extension.

WHERE DO I SEND MY APPEAL?

All correspondence to TSA should have your full name, mailing address, and date of birth at the top of each page you submit.

Correspondence must be mailed to:

Transportation Security Administration
Office of Transportation Security Redress
Attention: Mr. Jim Kennedy
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

WHAT WILL HAPPEN IF I DO NOT FILE A TIMELY APPEAL?

If you do not file a timely appeal, the DHS decision will become final.  For purposes of judicial review, the final decision constitutes a final DHS order pursuant to 49 U.S.C. § 46110.

The information provided during this appeal process must be true, complete, and correct to the best of your knowledge and provided in good faith.  Knowingly and willfully making any materially false statement, or omission of a material fact, during the appeal process can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).

Privacy Act Notice

Authority:  The authority for collecting this information is 49 U.S.C. §§ 114 and 44903.

Purpose:  This voluntary submission is provided to afford the Department of Homeland Security and the Transportation Security Administration the ability to confirm your identity.  Information provided may also be used to help prevent repeated delays of misidentified persons.

Routine Uses: Routine uses of this information includes disclosure to appropriate governmental agencies for law enforcement or security purposes, or to airports or air carriers to verify your identity for purposes of security screening, or to governmental agencies in order to research, resolve, and respond to inquiries or complaints made regarding the screening or vetting process.

(Printed Name) _____

(Signature) _____

(Date) _____

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA  20598-6901



October 28, 2010

Mr. Saleh Ahmed Omar



Control Number:  2102388

Dear Mr. Omar:

Thank you for submitting your Traveler Inquiry Form and identity documentation to the Department of Homeland Security (DHS) Traveler Redress Inquiry Program (TRIP) concerning the difficulties you are experiencing clearing inspection at a U.S. port of entry.  We have completed our review of this matter.

First, let us apologize for any inconvenience or unpleasantness you have experienced.  On behalf of DHS, let me assure you that it is not our intent to subject the traveling public to unwarranted scrutiny.  The traveling public is entitled to, and is accorded, the utmost courtesy and facilitation we can offer within the limits of our law enforcement responsibilities.  Regrettably, the results of our efforts cannot always be as you might hope.

Please understand that in order to detect those international travelers involved in illicit activities, we must, at times, unfortunately inconvenience law-abiding travelers.  We are especially aware of how those selected for inspection may perceive the inspection process as upsetting, uncomfortable, inconvenient, and stressful.  That is why we try to emphasize to our officers on a nation-wide basis the need to perform their duties with the highest levels of courtesy and professionalism.

While DHS cannot guarantee complete freedom from intensive inspections, whether the inspections are random or specific, we can strive for a better understanding of our mutual needs.  DHS must rely upon the professional judgment of individual inspections officers to determine the extent of examination necessary and to do their best to differentiate between travelers who are of interest to DHS, and those who are not.

Although we can neither confirm nor deny that DHS has records or information that prompted this inspection, if DHS has determined based on your correspondence that there is a need to make changes or corrections to any such record or information, should it exist, I can assure you such changes or corrections have been made.

Again, please accept our apologies for any inconvenience you have experienced during your recent travel into a U.S. port of entry.  We hope that your future encounters with DHS will be of a more pleasant nature.  To contact DHS TRIP, you may send an email to TRIP@dhs.gov or write to the following address:

      DHS Traveler Redress Inquiry Program (TRIP)
      601 South 12th Street, TSA-901
      Arlington, VA  20598-6901

Sincerely,

Jim Kennedy
Traveler Redress Inquiry Program



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

October 14, 2010

Mr. Stephen Durga Persaud

███████████████████████

██████████████████████████████

████████████

Control Number:  2102070

Dear Mr. Persaud:

   The Department of Homeland Security has received your Traveler Inquiry Form and identity documentation submitted to the Traveler Redress Inquiry Program (DHS TRIP).

   In response to your request, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate, and it has been determined that no changes or corrections are warranted at this time.

   If you feel that this decision is in error, you may file a request for administrative appeal with the Transportation Security Administration by following the instructions in the enclosure, "How to Request an Appeal of an Initial Agency Decision."  The information you submit should be as complete as possible and include accurate dates, complete addresses, names, and telephone numbers where appropriate.

   This determination will become final 30 calendar days after you receive this letter unless you file a timely administrative appeal.  Final determinations are reviewable by the United States Court of Appeals pursuant to 49 U.S.C. § 46110.

   If you have further questions, you may contact DHS TRIP by e-mail at TRIP@dhs.gov or by writing to the following address:

       DHS Traveler Redress Inquiry Program (TRIP)
       601 South 12th Street, TSA-901
       Arlington, VA 20598-6901

Sincerely,

Jim Kennedy
Traveler Redress Inquiry Program

Enclosure

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



# <u>HOW TO REQUEST AN APPEAL OF AN INITIAL AGENCY DECISION</u>

<u>CAN I OBTAIN MATERIALS UPON WHICH THE DECISION IS BASED?</u>

You can request the releasable materials on which the Agency's decision was based.  The Transportation Security Administration (TSA) will provide the releasable materials, subject to the following provisions:

    (i)      TSA will not disclose to the individual material classified in accordance with Executive Order 12958, as amended, and

    (ii)    TSA reserves the right not to disclose any information or material warranting protection, including law enforcement sensitive information and information protected from disclosure by law or regulation.

<u>CAN I APPEAL THE DECISION?</u>

Yes.  You may submit an appeal (typed or legibly written) disputing the initial decision.  This appeal must include the reason(s) why you dispute the decision.  You may provide any information in your reply that you believe will be helpful to TSA in making a final decision in this matter.  You may also provide supporting documents that demonstrate that you do not pose a security threat.  To process your appeal, TSA must have the following information:

    1.  The addresses of each residence where you have lived within the past five years;

    2.  The names of your landlord or mortgage holder for each of the residences identified in number 1 above;

    3.  The name, address, and telephone number of someone who knew you at each of the residences identified in number 1 above;

    4.  The names, addresses, telephone numbers, and citizenships of all immediate family members[1];

    5. The names, addresses, and telephone numbers of all employers for whom you have worked within the past five years, including any companies for which you worked as an independent contractor or consultant;

    6.  Do you own or rent any property outside of the United States?  If so, please provide details.

---

[1] The term "immediate family members" includes the following:  spouses, parents, children (both adult children and minors 14 and over), and siblings, whether or not the relationship is biological, by marriage or adoption.  In-laws (mothers-in-law, fathers-in-law, sisters-in-law, and brothers-in-law) should also be included.

7.  Are you now or have your ever been employed by or acted on behalf of a government other than the United States government, including military service?  If so, please provide details.

WHAT IS THE TIME FRAME FOR AN APPEAL?

You may initiate an appeal by submitting a written appeal to TSA or written request for materials from TSA.  If you fail to initiate an appeal within 30 days after receipt of your initial determination, the initial determination will become final.

Within 30 days after receiving your request for materials, TSA will send you copies of the releasable materials on which the agency's initial determination was based.

You must submit a written appeal within 30 days after receipt of the initial determination, or 30 days after receipt of the TSA response to your request for materials, if you submit such a request.

TSA will then provide you with a final determination within 60 calendar days of receipt of your appeal.  The time frame for processing an appeal may be extended for good cause.

CAN I REQUEST AN EXTENSION OF TIME TO FILE MY APPEAL?

Yes.  If you need additional time in which to submit your appeal, you may contact the TSA to request an extension of time by writing to the address below.  You will be granted an automatic extension of up to 30 calendar days if good cause is shown.  Your request for an extension of time must be received by TSA within a reasonable time prior to the due date in order to receive an extension.

WHERE DO I SEND MY APPEAL?

All correspondence to TSA should have your full name, mailing address, and date of birth at the top of each page you submit.

Correspondence must be mailed to:

> Transportation Security Administration
> Office of Transportation Security Redress
> Attention:  Mr. Jim Kennedy
> 601 South 12th Street, TSA-901
> Arlington, VA 20598-6901

WHAT WILL HAPPEN IF I DO NOT FILE A TIMELY APPEAL?

If you do not file a timely appeal, the DHS decision will become final.  For purposes of judicial review, the final decision constitutes a final DHS order pursuant to 49 U.S.C. § 46110.

---

The information provided during this appeal process must be true, complete, and correct to the best of your knowledge and provided in good faith.  Knowingly and willfully making any materially false statement, or omission of a material fact, during the appeal process can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).

Privacy Act Notice

Authority:  The authority for collecting this information is 49 U.S.C. §§ 114 and 44903.

Purpose:  This voluntary submission is provided to afford the Department of Homeland Security and the Transportation Security Administration the ability to confirm your identity.  Information provided may also be used to help prevent repeated delays of misidentified persons.

Routine Uses: Routine uses of this information includes disclosure to appropriate governmental agencies for law enforcement or security purposes, or to airports or air carriers to verify your identity for purposes of security screening, or to governmental agencies in order to research, resolve, and respond to inquiries or complaints made regarding the screening or vetting process.

---

(Printed Name) _____

(Signature) _____

(Date) _____



**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

June 22, 2010

Mrs. Halime Sevda Sat

████████████████████

███████████████

████████

DHS Control Number:  2096525

Dear Mrs. Sat:

Thank you for submitting your Traveler Inquiry Form and identity documentation to the Department of Homeland Security (DHS) Traveler Redress Inquiry Program (DHS TRIP).  DHS' mission is to lead the unified national effort to secure the country, including U.S. border and transportation security.  We take requests for redress seriously, and we understand the inconveniences that additional inspections may cause.  DHS strives to process travelers in the most efficient and professional manner possible without compromising our mission to safeguard the United States, its people and its visitors.

When DHS receives a redress inquiry, we conduct a thorough review of the matter.  We consult and share information with other agencies, when appropriate, to relieve you from the burden of seeking redress on an agency-by-agency basis and to address the issue that you identified in your application. We have found that less than 1% of the DHS TRIP complainants actually have some connection to the Terrorist watchlist.   Complaints most often arise either because the traveler's name and personal information is similar to the name and personal information of another person in systems which contain information from Federal, state, local and foreign sources or because the traveler has been delayed in travel for reasons unrelated to such data, such as by random screening.

DHS has researched and completed our review of your case.  Security procedures and legal concerns mandate that we can neither confirm nor deny any information about you which may be within federal watchlists or reveal any law enforcement sensitive information.  However, we have made any corrections to records that our inquiries determined were necessary, including, as appropriate, notations that may assist in avoiding incidents of misidentification.

For your general information, here is how redress helps you when traveling:

1. When traveling by air to or within the United States, DHS recommends that you provide your redress control number (located at the top of this letter) when making your reservations.  This information will assist the new technologies being introduced in 2009-10 to help prevent misidentifications.
2. When entering the United States from abroad, no additional action is required.  Where appropriate, as a result of the redress process, DHS employs a procedure to correct the information used to process travelers at the ports of entry that reduces the chance of misidentifications occurring.

Despite these positive efforts, we cannot ensure your travel will be delay-free.  The redress process does not affect other standard screening procedures in place at airports and borders.  For example, an individual may be selected for additional screening in order to resolve a walk-through metal detector alarm, because of random selection, or other reasons.  While this process may sometimes be stressful, we rely on the patience, cooperation, and understanding of travelers in such cases.  The aim of these security measures is to safeguard the people of the United States and visitors to this Nation.

This letter constitutes our final agency decision, which is reviewable by the United States Court of Appeals under 49 U.S.C. § 46110.

If you have any further questions, please contact DHS TRIP via e-mail at TRIP@dhs.gov, or write to the address found in the letterhead.

Sincerely,

Jim Kennedy
**DHS Traveler Redress Inquiry Program**

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



November 5, 2010

Mr. Steven William Washburn

███████████████
███████████████
███████████

Control Number:  2096551

Dear Mr. Washburn:

The Department of Homeland Security has received your Traveler Inquiry Form and identity documentation submitted to the Traveler Redress Inquiry Program (DHS TRIP).

In response to your request, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate, and it has been determined that no changes or corrections are warranted at this time.

If you feel that this decision is in error, you may file a request for administrative appeal with the Transportation Security Administration by following the instructions in the enclosure, "How to Request an Appeal of an Initial Agency Decision."  The information you submit should be as complete as possible and include accurate dates, complete addresses, names, and telephone numbers where appropriate.

This determination will become final 30 calendar days after you receive this letter unless you file a timely administrative appeal.  Final determinations are reviewable by the United States Court of Appeals pursuant to 49 U.S.C. § 46110.

If you have further questions, you may contact DHS TRIP by e-mail at TRIP@dhs.gov or by writing to the following address:

DHS Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

Sincerely,

Jim Kennedy
Traveler Redress Inquiry Program

Enclosure

**U.S. Department of Homeland Security**
Traveler Redress Inquiry Program (TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901



# HOW TO REQUEST AN APPEAL OF AN INITIAL AGENCY DECISION

## CAN I OBTAIN MATERIALS UPON WHICH THE DECISION IS BASED?

You can request the releasable materials on which the Agency's decision was based. The Transportation Security Administration (TSA) will provide the releasable materials, subject to the following provisions:

(i)     TSA will not disclose to the individual material classified in accordance with Executive Order 12958, as amended, and

(ii)    TSA reserves the right not to disclose any information or material warranting protection, including law enforcement sensitive information and information protected from disclosure by law or regulation.

## CAN I APPEAL THE DECISION?

Yes. You may submit an appeal (typed or legibly written) disputing the initial decision. This appeal must include the reason(s) why you dispute the decision. You may provide any information in your reply that you believe will be helpful to TSA in making a final decision in this matter. You may also provide supporting documents that demonstrate that you do not pose a security threat. To process your appeal, TSA must have the following information:

1. The addresses of each residence where you have lived within the past five years;

2. The names of your landlord or mortgage holder for each of the residences identified in number 1 above;

3. The name, address, and telephone number of someone who knew you at each of the residences identified in number 1 above;

4. The names, addresses, telephone numbers, and citizenships of all immediate family members[1];

5. The names, addresses, and telephone numbers of all employers for whom you have worked within the past five years, including any companies for which you worked as an independent contractor or consultant;

6. Do you own or rent any property outside of the United States? If so, please provide details.

---

[1] The term "immediate family members" includes the following: spouses, parents, children (both adult children and minors 14 and over), and siblings, whether or not the relationship is biological, by marriage or adoption. In-laws (mothers-in-law, fathers-in-law, sisters-in-law, and brothers-in-law) should also be included.

     7.  Are you now or have your ever been employed by or acted on behalf of a government other than the United States government, including military service?  If so, please provide details.

<u>WHAT IS THE TIME FRAME FOR AN APPEAL?</u>

You may initiate an appeal by submitting a written appeal to TSA or written request for materials from TSA.  If you fail to initiate an appeal within 30 days after receipt of your initial determination, the initial determination will become final.

Within 30 days after receiving your request for materials, TSA will send you copies of the releasable materials on which the agency's initial determination was based.

You must submit a written appeal within 30 days after receipt of the initial determination, or 30 days after receipt of the TSA response to your request for materials, if you submit such a request.

TSA will then provide you with a final determination within 60 calendar days of receipt of your appeal.  The time frame for processing an appeal may be extended for good cause.

<u>CAN I REQUEST AN EXTENSION OF TIME TO FILE MY APPEAL?</u>

Yes.  If you need additional time in which to submit your appeal, you may contact the TSA to request an extension of time by writing to the address below.  You will be granted an automatic extension of up to 30 calendar days if good cause is shown.  Your request for an extension of time must be received by TSA within a reasonable time prior to the due date in order to receive an extension.

<u>WHERE DO I SEND MY APPEAL?</u>

All correspondence to TSA should have your full name, mailing address, and date of birth at the top of each page you submit.

Correspondence must be mailed to:

                 Transportation Security Administration
                 Office of Transportation Security Redress
                 Attention:  Mr. Jim Kennedy
                 601 South 12th Street, TSA-901
                 Arlington, VA 20598-6901

WHAT WILL HAPPEN IF I DO NOT FILE A TIMELY APPEAL?

If you do not file a timely appeal, the DHS decision will become final.  For purposes of judicial review, the final decision constitutes a final DHS order pursuant to 49 U.S.C. § 46110.

The information provided during this appeal process must be true, complete, and correct to the best of your knowledge and provided in good faith.  Knowingly and willfully making any materially false statement, or omission of a material fact, during the appeal process can be punished by fine or imprisonment or both (see section 1001 of Title 18 United States Code).

Privacy Act Notice

Authority:  The authority for collecting this information is 49 U.S.C. §§ 114 and 44903.

Purpose:  This voluntary submission is provided to afford the Department of Homeland Security and the Transportation Security Administration the ability to confirm your identity.  Information provided may also be used to help prevent repeated delays of misidentified persons.

Routine Uses: Routine uses of this information includes disclosure to appropriate governmental agencies for law enforcement or security purposes, or to airports or air carriers to verify your identity for purposes of security screening, or to governmental agencies in order to research, resolve, and respond to inquiries or complaints made regarding the screening or vetting process.

(Printed Name) _____

(Signature) _____

(Date) _____