**EXHIBIT B**



**U.S. Department of Homeland Security**
DHS Traveler Redress Inquiry Program (DHS TRIP)
601 South 12th Street, TSA-901
Arlington, VA 22202-4220

November 17, 2010

Ms. Adama Bah
c/o Ben Wizner, Esq., ACLU
125 Broad Street, 18th Floor
New York, NY  10004
United States

Redress Control Number: 2096479

Dear Ms. Bah:

Thank you for submitting your Traveler Inquiry Form and identity documentation to the Department of Homeland Security (DHS) Traveler Redress Inquiry Program (DHS TRIP).  This letter supersedes the letter that you previously received from DHS TRIP dated July 27, 2010.

DHS' mission is to lead the unified national effort to secure the country, including U.S. border and transportation security.  We take requests for redress seriously, and we understand the inconveniences that additional inspections may cause.  DHS strives to process travelers in the most efficient and professional manner possible without compromising our mission to safeguard the United States, its people and its visitors.

When DHS receives a redress inquiry, we conduct a thorough review of the matter.  We consult and share information with other agencies, when appropriate, to relieve you from the burden of seeking redress on an agency-by-agency basis and to address the issue that you identified in your application.  Security procedures and legal concerns, however, mandate that we can neither confirm nor deny any information about you which may be within federal watchlists or reveal any law enforcement sensitive information.  We have found that less than 1% of the DHS TRIP complainants actually have some connection to the Terrorist Watchlist.   Complaints most often arise either because the traveler's name and personal information is similar to the name and personal information of another person in systems which contain information from Federal, state, local and foreign sources or because the traveler has been delayed in travel for reasons unrelated to such data, such as by random screening.

The U.S. Government has completed our review of your case.  Your experience was most likely caused by a misidentification against a government record or by random selection.  We regret any inconvenience that you may have experienced and, where appropriate, have made updates to our records that may assist in avoiding future incident of misidentification.

For your general information, here is how redress helps you when traveling:
1. When traveling by air to or within the United States, DHS recommends that you provide your redress control number (located at the top of this letter) when making your reservations.  This information will assist the new technologies being introduced in 2009-10 to help prevent misidentifications.
2. When entering the United States from abroad, no additional action is required.  Where appropriate, as a result of the redress process, DHS employs a procedure to correct the

>information used to process travelers at the ports of entry that reduces the chance of misidentifications occurring.

Despite these positive efforts, we cannot ensure your travel will be delay-free. The redress process does not affect other standard screening procedures in place at airports and borders. For example, an individual may be selected for additional screening in order to resolve a walk-through metal detector alarm, because of random selection, or other reasons. While this process may sometimes be stressful, we rely on the patience, cooperation, and understanding of travelers in such cases. The aim of these security measures is to safeguard the people of the United States and visitors to this Nation.

This letter constitutes our final agency decision, which is reviewable by the United States Court of Appeals under 49 U.S.C. § 46110.

If you have any further questions, please contact DHS TRIP via e-mail at TRIP@dhs.gov, or write to the address found in the letterhead.

Sincerely,

Jim Kennedy
DHS Traveler Redress Inquiry Program



**U.S. Department of Homeland Security**
DHS Traveler Redress Inquiry Program (DHS TRIP)
601 South 12th Street, TSA-901
Arlington, VA 22202-4220

November 17, 2010

Mr. Saleh Ahmed Omar

Redress Control Number:  2102388

Dear Mr. Omar:

Thank you for submitting your Traveler Inquiry Form and identity documentation to the Department of Homeland Security (DHS) Traveler Redress Inquiry Program (DHS TRIP).  This letter supersedes the letter that you previously received from DHS TRIP dated October 28, 2010.

DHS' mission is to lead the unified national effort to secure the country, including U.S. border and transportation security.  We take requests for redress seriously, and we understand the inconveniences that additional inspections may cause.  DHS strives to process travelers in the most efficient and professional manner possible without compromising our mission to safeguard the United States, its people and its visitors.

When DHS receives a redress inquiry, we conduct a thorough review of the matter.  We consult and share information with other agencies, when appropriate, to relieve you from the burden of seeking redress on an agency-by-agency basis and to address the issue that you identified in your application.  We have found that less than 1% of the DHS TRIP complainants actually have some connection to the Terrorist Watchlist.   Complaints most often arise either because the traveler's name and personal information is similar to the name and personal information of another person in systems which contain information from Federal, state, local and foreign sources or because the traveler has been delayed in travel for reasons unrelated to such data, such as by random screening.

DHS has researched and completed our review of your case.  Security procedures and legal concerns mandate that we can neither confirm nor deny any information about you which may be within federal watchlists or reveal any law enforcement sensitive information.  However, we have made any corrections to records that our inquiries determined were necessary, including, as appropriate, notations that may assist in avoiding incidents of misidentification.

For your general information, here is how redress helps you when traveling:
1. When traveling by air to or within the United States, DHS recommends that you provide your redress control number (located at the top of this letter) when making your reservations.  This information will assist the new technologies being introduced in 2009-10 to help prevent misidentifications.
2. When entering the United States from abroad, no additional action is required.  Where appropriate, as a result of the redress process, DHS employs a procedure to correct the information used to process travelers at the ports of entry that reduces the chance of misidentifications occurring.

www.dhs.gov/trip    1

Despite these positive efforts, we cannot ensure your travel will be delay-free. The redress process does not affect other standard screening procedures in place at airports and borders. For example, an individual may be selected for additional screening in order to resolve a walk-through metal detector alarm, because of random selection, or other reasons. While this process may sometimes be stressful, we rely on the patience, cooperation, and understanding of travelers in such cases. The aim of these security measures is to safeguard the people of the United States and visitors to this Nation.

This letter constitutes our final agency decision, which is reviewable by the United States Court of Appeals under 49 U.S.C. § 46110.

If you have any further questions, please contact DHS TRIP via e-mail at TRIP@dhs.gov, or write to the address found in the letterhead.

Sincerely,

Jim Kennedy
DHS Traveler Redress Inquiry Program