IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AYMAN LATIF, MOHAMED SHEIKH ABDIRAHM KARIYE, RAYMOND EARL KNAEBLE IV, NAGIB ALI GHALEB, SAMIR MOHAMED AHMED MOHAMED, ABDULLATIF MUTHANA, SALEH A. OMAR, FAISAL NABIN KASHEM, ELIAS MUSTAFA MOHAMED, ABDUL HAKEIM THABET AHMED, IBRAHEIM Y. MASHAL, SALAH ALI AHMED, AMIR MESHAL, STEPHEN DURGA PERSAUD, and STEPHEN WILLIAM WASHBURN, | 10-CV-750-BR  JUDGMENT |

                 Plaintiffs,

ERIC H. HOLDER, JR., in his official
capacity as Attorney General of the
UNITED STATES; ROBERT S. MUELLER III,
in his official capacity as Director
of the Federal Bureau of Investigation;
and TIMOTHY J. HEALY, in his official
capacity as Director of the Terrorist
Screening Center,

                 Defendants.

1 - JUDGMENT

Based on the Court's Opinion and Order (#69) issued May 3, 2011, the Court **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 5th day of May, 2011.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - JUDGMENT