Steven M. Wilker, OSB No. 911882
Email:  steven.wilker@tonkon.com
**Tonkon Torp LLP**
888 S.W. Fifth Avenue, Suite 1600
Portland, OR 97204
Tel.:  (503) 802-2040; Fax:  (503) 972-3740
Cooperating Attorney for the ACLU Foundation of Oregon

Ben Wizner (admitted *pro hac vice*)
Email:  bwizner@aclu.org
Nusrat Choudhury (admitted *pro hac vice*)
Email:  nchoudhury@aclu.org
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.:  (212) 549-2500; Fax:  (212) 549-2654

Kevin Díaz, OSB No. 970480
Email:  kdiaz@aclu-or.org
**ACLU Foundation of Oregon**
PO Box 40585
Portland, OR 97240
Tel.:  (503) 227-6928; Fax:  (503) 227-6928

Ahilan T. Arulanantham (admitted *pro hac vice*)
Email:  aarulanantham@aclu-sc.org
Jennifer Pasquarella (admitted *pro hac vice*)
Email:  jpasquarella@aclu-sc.org
**ACLU Foundation of Southern California**
1313 West Eighth Street
Los Angeles, CA 90017
Tel.:  (213) 977-9500; Fax:  (213) 977-5297

Alan L. Schlosser (admitted *pro hac vice*)
Email:  aschlosser@aclunc.org
Julia Harumi Mass (admitted *pro hac vice*)
Email:  jmass@aclunc.org
**ACLU Foundation of Northern California**
39 Drumm Street
San Francisco, CA 94111
Tel.:  (415) 621-2493; Fax:  (415) 255-8437

Laura Schauer Ives (admitted *pro hac vice*)
Email:  lives@aclu-nm.org
**ACLU Foundation of New Mexico**
PO Box 566

1 – NOTICE OF APPEAL

Albuquerque, NM 87103
Tel.: (505) 243-0046; Fax: (505) 266-5916

Reem Salahi (admitted *pro hac vice*)
Email: rsalahi@salahilaw.com
**Salahi Law**
429 Santa Monica Blvd., Suite 550
Santa Monica, CA 90401
Tel.: (510) 225-8880
Cooperating Attorney for the ACLU Foundation of Southern California

Mitchell P. Hurley (admitted *pro hac vice*)
Email: mhurley@akingump.com
Christopher M. Egleson (admitted *pro hac vice*)
Email: cegleson@akingump.com
Justin H. Bell (admitted *pro hac vice*)
Email: jbell@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
Tel.: (212) 872-1011; Fax: (212) 872-1002
Cooperating Attorneys for the American Civil Liberties Union Foundation

Attorneys for the Plaintiffs

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **AYMAN LATIF**, *et al.*, | Case No.: 10-cv-750 (BR) |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| **ERIC H. HOLDER, JR.**, *et al.*, | |
| Defendants. | |

Notice is hereby given that Ayman Latif, Mohamed Sheikh Abdirahman Kariye, Raymond Earl Knaeble, IV, Faisal Nabin Kashem, Elias Mustafa Mohamed, Steven William Washburn, Samir Mohamed Ahmed Mohamed, Abdullatif Muthanna, Nagib Ali Ghaleb, Saleh

A. Omar, Abdul Hakeim Thabet Ahmed, Ibraheim Y. Mashal, Salah Ali Ahmed, Amir Meshal, and Stephen Durga Persaud, plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment issued in this action on the 5th day of May, 2011.

Dated: May 12, 2011

Respectfully submitted,

Steven M. Wilker, OSB No. 911882
Email: steven.wilker@tonkon.com
**Tonkon Torp LLP**
888 S.W. Fifth Avenue, Suite 1600
Portland, OR 97204
Tel.: (503) 802-2040; Fax: (503) 972-3740
Cooperating Attorney for the
ACLU Foundation of Oregon

  s/ Ben Wizner
Ben Wizner (admitted *pro hac vice*)
Email: bwizner@aclu.org
Nusrat Choudhury (admitted *pro hac vice*)
Email: nchoudhury@aclu.org
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500; Fax: (212) 549-2654

Kevin Díaz, OSB No. 970480
Email: kdiaz@aclu-or.org
**ACLU Foundation of Oregon**
PO Box 40585
Portland, OR 97240
Tel.: (503) 227-6928; Fax: (503) 227-6928

Ahilan T. Arulanantham (admitted *pro hac vice*)
Email: aarulanantham@aclu-sc.org
Jennifer Pasquarella (admitted *pro hac vice*)
Email: jpasquarella@aclu-sc.org
**ACLU Foundation of Southern California**
1313 West Eighth Street
Los Angeles, CA 90017
Tel.: (213) 977-9500; Fax: (213) 977-5297

Alan L. Schlosser (admitted *pro hac vice*)
Email:  aschlosser@aclunc.org
Julia Harumi Mass (admitted *pro hac vice*)
Email:  jmass@aclunc.org
**ACLU Foundation of Northern California**
39 Drumm Street
San Francisco, CA 94111
Tel.:  (415) 621-2493; Fax:  (415) 255-8437

Laura Schauer Ives (admitted *pro hac vice*)
Email:  lives@aclu-nm.org
**ACLU Foundation of New Mexico**
PO Box 566
Albuquerque, NM 87103
Tel.:  (505) 243-0046; Fax:  (505) 266-5916

Reem Salahi (admitted *pro hac vice*)
Email:  rsalahi@salahilaw.com
**Salahi Law**
429 Santa Monica Blvd., Suite 550
Santa Monica, CA 90401
Tel.:  (510) 225-8880
Cooperating Attorney for the
ACLU Foundation of Southern California

Mitchell P. Hurley (admitted *pro hac vice*)
Email:  mhurley@akingump.com
Christopher M. Egleson (admitted *pro hac vice*)
Email:  cegleson@akingump.com
Justin H. Bell (admitted *pro hac vice*)
Email:  jbell@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
Tel.:  (212) 872-1011; Fax:  (212) 872-1002
Cooperating Attorneys for the
American Civil Liberties Union Foundation

Attorneys for the Plaintiffs

4 – NOTICE OF APPEAL