Steven M. Wilker, OSB No. 911882
Email: steven.wilker@tonkon.com
**Tonkon Torp LLP**
888 S.W. Fifth Avenue, Suite 1600
Portland, OR 97204
Tel.: (503) 802-2040; Fax: (503) 972-3740
Cooperating Attorney for the ACLU Foundation of Oregon

Ben Wizner (admitted *pro hac vice*)
Email: bwizner@aclu.org
Nusrat Choudhury (admitted *pro hac vice*)
Email: nchoudhury@aclu.org
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500; Fax: (212) 549-2654

Kevin Díaz, OSB No. 970480
Email: kdiaz@aclu-or.org
**ACLU Foundation of Oregon**
PO Box 40585
Portland, OR 97240
Tel.: (503) 227-6928; Fax: (503) 227-6928

Ahilan T. Arulanantham (admitted *pro hac vice*)
Email: aarulanantham@aclu-sc.org
Jennifer Pasquarella (admitted *pro hac vice*)
Email: jpasquarella@aclu-sc.org
**ACLU Foundation of Southern California**
1313 West Eighth Street
Los Angeles, CA 90017
Tel.: (213) 977-9500; Fax: (213) 977-5297

Alan L. Schlosser (admitted *pro hac vice*)
Email: aschlosser@aclunc.org
Julia Harumi Mass (admitted *pro hac vice*)
Email: jmass@aclunc.org
**ACLU Foundation of Northern California**
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 621-2493; Fax: (415) 255-8437

1 – STATEMENT OF REPRESENTATION

Laura Schauer Ives (admitted *pro hac vice*)
Email:  lives@aclu-nm.org
**ACLU Foundation of New Mexico**
PO Box 566
Albuquerque, NM 87103
Tel.:  (505) 243-0046; Fax:  (505) 266-5916

Reem Salahi (admitted *pro hac vice*)
Email:  rsalahi@salahilaw.com
**Salahi Law**
429 Santa Monica Blvd., Suite 550
Santa Monica, CA 90401
Tel.:  (510) 225-8880
Cooperating Attorney for the ACLU Foundation of Southern California

Mitchell P. Hurley (admitted *pro hac vice*)
Email:  mhurley@akingump.com
Christopher M. Egleson (admitted *pro hac vice*)
Email:  cegleson@akingump.com
Justin H. Bell (admitted *pro hac vice*)
Email:  jbell@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
Tel.:  (212) 872-1011; Fax:  (212) 872-1002
Cooperating Attorneys for the American Civil Liberties Union Foundation

     Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **AYMAN LATIF**, *et al.*, | Case No.: 10-cv-750 (BR) |
| Plaintiffs, | **STATEMENT OF REPRESENTATION** |
| v. | |
| **ERIC H. HOLDER, JR.**, *et al.*, | |
| Defendants. | |

<u>Plaintiffs-Appellants</u>

Pursuant to Ninth Circuit Rule 3-2, Ayman Latif, Mohamed Sheikh Abdirahman Kariye, Raymond Earl Knaeble, IV, Faisal Nabin Kashem, Elias Mustafa Mohamed, Steven William Washburn, Samir Mohamed Ahmed Mohamed, Abdullatif Muthanna, Nagib Ali Ghaleb, Saleh A. Omar, Abdul Hakeim Thabet Ahmed, Ibraheim Y. Mashal, Salah Ali Ahmed, Amir Meshal, and Stephen Durga Persaud are hereby identified as the plaintiffs-appellants in the appeal from the final judgment issued on May 5, 2011 in the above-captioned case. Plaintiffs are represented by:

Steven M. Wilker, OSB No. 911882
Tonkon Torp LLP
888 S.W. Fifth Avenue, Suite 1600
Portland, OR 97204
Tel.: (503) 802-2040

Ben Wizner
Nusrat Choudhury
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500

Kevin Díaz, OSB No. 970480
ACLU Foundation of Oregon
PO Box 40585
Portland, OR 97240
Tel.: (503) 227-6928

Ahilan T. Arulanantham
Jennifer Pasquarella
ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Tel.: (213) 977-9500

Alan L. Schlosser
Julia Harumi Mass
ACLU Foundation of Northern California

39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 621-2493

Laura Schauer Ives
ACLU Foundation of New Mexico
PO Box 566
Albuquerque, NM 87103
Tel.: (505) 243-0046

Reem Salahi
Salahi Law
429 Santa Monica Blvd., Suite 550
Santa Monica, CA 90401
Tel.: (510) 225-8880

Mitchell P. Hurley
Christopher M. Egleson
Justin H. Bell
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Tel.: (212) 872-1011

<u>Defendants-Appellees</u>

Pursuant to Ninth Circuit Rule 3-2, Eric H. Holder, Robert S. Mueller, III, and Timothy J. Healy are hereby identified as the defendants-appellees in the appeal from the final judgment issued on May 5, 2011 in the above-captioned case. Defendants are represented by:

Diane Kelleher
Department of Justice
Civil Division, Federal Programs
P.O. Box 884
Washington, DC 20044
Tel.: (202) 514-4775

Amy Powell
U.S. Department of Justice
Civil Division
20 Massachusetts Avenue, N.W
Suite 7322

4 – STATEMENT OF REPRESENTATION

Washington, DC 20001
Tel.: (202) 514-4775

James E. Cox, Jr.
U.S. Attorney's Office
District of Oregon
1000 SW Third Avenue
Suite 600
Portland, OR 97204
Tel.: (503) 727-1026

Dated:  May 12, 2011              Respectfully submitted,

                                  Steven M. Wilker, OSB No. 911882
                                  Email:  steven.wilker@tonkon.com
                                  **Tonkon Torp LLP**
                                  888 S.W. Fifth Avenue, Suite 1600
                                  Portland, OR 97204
                                  Tel.:  (503) 802-2040; Fax:  (503) 972-3740
                                  Cooperating Attorney for the
                                  ACLU Foundation of Oregon

                                   s/ Ben Wizner
                                  Ben Wizner (admitted *pro hac vice*)
                                  Email:  bwizner@aclu.org
                                  Nusrat Choudhury (admitted *pro hac vice*)
                                  Email:  nchoudhury@aclu.org
                                  **American Civil Liberties Union Foundation**
                                  125 Broad Street, 18th Floor
                                  New York, NY 10004
                                  Tel.:  (212) 549-2500; Fax:  (212) 549-2654

                                  Kevin Díaz, OSB No. 970480
                                  Email:  kdiaz@aclu-or.org
                                  **ACLU Foundation of Oregon**
                                  PO Box 40585
                                  Portland, OR 97240
                                  Tel.:  (503) 227-6928; Fax:  (503) 227-6928

                                  Ahilan T. Arulanantham (admitted *pro hac vice*)
                                  Email:  aarulanantham@aclu-sc.org
                                  Jennifer Pasquarella (admitted *pro hac vice*)
                                  Email:  jpasquarella@aclu-sc.org
                                  **ACLU Foundation of Southern California**
                                  1313 West Eighth Street

5 – STATEMENT OF REPRESENTATION

Los Angeles, CA 90017
Tel.: (213) 977-9500; Fax: (213) 977-5297

Alan L. Schlosser (admitted *pro hac vice*)
Email: aschlosser@aclunc.org
Julia Harumi Mass (admitted *pro hac vice*)
Email: jmass@aclunc.org
**ACLU Foundation of Northern California**
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 621-2493; Fax: (415) 255-8437

Laura Schauer Ives (admitted *pro hac vice*)
Email: lives@aclu-nm.org
**ACLU Foundation of New Mexico**
PO Box 566
Albuquerque, NM 87103
Tel.: (505) 243-0046; Fax: (505) 266-5916

Reem Salahi (admitted *pro hac vice*)
Email: rsalahi@salahilaw.com
**Salahi Law**
429 Santa Monica Blvd., Suite 550
Santa Monica, CA 90401
Tel.: (510) 225-8880
Cooperating Attorney for the
ACLU Foundation of Southern California

Mitchell P. Hurley (admitted *pro hac vice*)
Email: mhurley@akingump.com
Christopher M. Egleson (admitted *pro hac vice*)
Email: cegleson@akingump.com
Justin H. Bell (admitted *pro hac vice*)
Email: jbell@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
Tel.: (212) 872-1011; Fax: (212) 872-1002
Cooperating Attorneys for the
American Civil Liberties Union Foundation

Attorneys for the Plaintiffs