Steven M. Wilker, OSB No. 911882
Email: steven.wilker@tonkon.com
**Tonkon Torp LLP**
1600 Pioneer Tower
888 SW 5th Avenue
Portland, OR 97204
Tel.: (503) 802-2040; Fax: (503) 972-3740
Cooperating Attorney for the ACLU Foundation of Oregon

Hina Shamsi (Admitted *pro hac vice*)
Email: hshamsi@aclu.org
Nusrat Jahan Choudhury (Admitted *pro hac vice*)
Email: nchoudhury@aclu.org
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 519-2500; Fax: (212) 549-2654

Kevin Díaz, OSB No. 970480
Email: kdiaz@aclu-or.org
**ACLU Foundation of Oregon**
P.O. Box 40585
Portland, OR  97240
Tel.: (503) 227-6928; Fax: (503) 227-6948

Ahilan T. Arulanantham (Admitted *pro hac vice*)
Email: aarulanantham@aclu-sc.org
Jennifer Pasquarella (Admitted *pro hac vice*)
Email: jpasquarella@aclu-sc.org
**ACLU Foundation of Southern California**
1313 West Eighth Street
Los Angeles, CA 90017
Tel.: (213) 977-9500; Fax: (213) 977-5297

Alan L. Schlosser  (Admitted *pro hac vice*)
Email: aschlosser@aclunc.org
Julia Harumi Mass  (Admitted *pro hac vice*)
Email: jmass@aclunc.org
**ACLU Foundation of Northern California**
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 621-2493; Fax: (415) 255-8437

Laura Schauer Ives (Admitted *pro hac vice*)
Email: lives@aclu-nm.org
**ACLU Foundation of New Mexico**

1 – PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

P.O. Box 566
Albuquerque, NM 87103
Tel.: (505) 243-0046; Fax: (505) 266-5916

Mitchell P. Hurley (Admitted *pro hac vice*)
Email:  mhurley@akingump.com
Christopher M. Egleson (Admitted *pro hac vice*)
Email:  cegleson@akingump.com
Justin H. Bell (Admitted *pro hac vice*)
Email:  bellj@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
Tel.:  (212) 872-1011; Fax: (212) 872-1002

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| **AYMAN LATIF**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**ERIC H. HOLDER, JR.**, *et al.*,<br><br>Defendants. | Case No.: 10-cv-750 (BR)<br><br>**PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**<br>Pursuant to Fed. R. Civ. P. 56<br><br>Request for Oral Argument |

## LR 7-1 CERTIFICATION

The parties made a good faith effort through telephone conferences to resolve the dispute

pursuant to LR 7-1, and have been unable to do so.

## CROSS-MOTION

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs move for partial

summary judgment as to their procedural claims challenging the adequacy of Defendants'

2 – PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

redress procedures for persons on the U.S. government's No Fly List under the Fifth Amendment of the Constitution and the Administrative Procedure Act.

The grounds for the motion are as follows:  Plaintiffs are U.S. citizens who flew commercial airlines for years without incident until they were branded as suspected terrorists based on secret evidence and publicly denied boarding on flights.  Each Plaintiff sought redress through the only available government process, but none has been told why he or she is on the No Fly List or given an opportunity to refute the basis for his or her inclusion. The indisputable record in this case shows that although inclusion on the No Fly List severely burdens Plaintiffs' constitutionally-protected liberty interests in travel and reputation, Defendants refuse to provide Plaintiffs constitutionally adequate notice or a hearing in violation of the Plaintiffs' right to procedural due process.   The indisputable record in this case also shows that Defendants redress procedures violate the Administrative Procedure Act because they are unconstitutional and therefore contrary to law in violation of APA Section 706(2)(B), 5 U.S.C. § 706(2)(B), and constitute arbitrary and capricious agency action under  APA Section 706(2)(A), 5 U.S.C. § 706(2)(A).

The grounds in support of this cross-motion are set forth more fully in Plaintiffs' Memorandum Points and Authorities in Support of Plaintiffs' Cross-Motion for Partial Summary Judgment; The Parties' Joint Statement of Stipulated Facts, ECF No. 84; the Declarations of Nusrat J. Choudhury, Faisal Nabin Kashem, Stephen Durga Persaud, Allah R. Rana, Nauman Rana, Salah Ali Ahmed, Ibraheim Y. Mashal, Nagib Ali Ghaleb, Steven William Washburn, Mohamed Sheikh Abdirahman Kariye, Ayman Latif, Mashaal Rana, Amir Meshal, Abdullatif Muthanna, Raymond Earl Knaeble IV, and Elias Mustafa Mohamed; and all other papers filed herewith.

Plaintiffs respectfully request that, if the Court rules for Plaintiffs, the Court should order

subsequent briefing on the question of remedy. To rule on Plaintiffs' cross-motion, this Court

does not have to decide now what process is specifically due.


Dated: March 22, 2013.                          Respectfully submitted,


                                                Steven M. Wilker, OSB No. 911882
                                                Email: steven.wilker@tonkon.com
                                                **Tonkon Torp LLP**
                                                1600 Pioneer Tower
                                                888 SW 5th Avenue
                                                Portland, OR 97204
                                                Tel.: (503) 802-2040; Fax: (503) 972-3740
                                                Cooperating Attorney for the ACLU
                                                   Foundation of Oregon


                                                 _s/ Hina Shamsi_
                                                Hina Shamsi (Admitted *pro hac vice*)
                                                Email: hshamsi@aclu.org
                                                Nusrat Jahan Choudhury (Admitted *pro hac
                                                   vice*)
                                                Email: nchoudhury@aclu.org
                                                **American Civil Liberties Union
                                                   Foundation**
                                                125 Broad Street, 18th Floor
                                                New York, NY 10004
                                                Tel.: (212) 519-2500; Fax: (212) 549-2654


                                                Kevin Díaz, OSB No. 970480
                                                Email: kdiaz@aclu-or.org
                                                **ACLU Foundation of Oregon**
                                                P.O. Box 40585
                                                Portland, OR  97240
                                                Tel.: (503) 227-6928; Fax: (503) 227-6948


                                                Ahilan T. Arulanantham (Admitted *pro hac
                                                   vice*)
                                                Email: aarulanantham@aclu-sc.org
                                                Jennifer Pasquarella (Admitted *pro hac vice*)
                                                Email: jpasquarella@aclu-sc.org
                                                **ACLU Foundation of Southern California**
                                                1313 West Eighth Street
                                                Los Angeles, CA 90017


4 – PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

Tel.: (213) 977-9500; Fax: (213) 977-5297

Alan L. Schlosser  (Admitted *pro hac vice*)
Email: aschlosser@aclunc.org
Julia Harumi Mass  (Admitted *pro hac vice*)
Email: jmass@aclunc.org
**ACLU Foundation of Northern**
   **California**
39 Drumm Street
San Francisco, CA 94111
Tel.: (415) 621-2493; Fax: (415) 255-8437

Laura Schauer Ives (Admitted *pro hac vice*)
Email: lives@aclu-nm.org
**ACLU Foundation of New Mexico**
P.O. Box 566
Albuquerque, NM 87103
Tel.: (505) 243-0046; Fax: (505) 266-5916

Mitchell P. Hurley (Admitted *pro hac vice*)
Email:  mhurley@akingump.com
Christopher M. Egleson (Admitted *pro hac
   vice*)
Email:  cegleson@akingump.com
Justin H. Bell (Admitted *pro hac vice*)
Email:  bellj@akingump.com
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
Tel.:  (212) 872-1011; Fax: (212) 872-1002

Attorneys for Plaintiffs.