Joel Leonard, OSB No. 960810
Email: joel@eoplaw.com
Elliott, Ostrander & Preston, PC
707 SW Washington Street, Suite 1500
Portland, OR 97205
Tel: 503.224.7112; Fax: 503.224.7819

William J. Genego (admitted *pro hac vice*)
Email: bill@genegolaw.com
Law Office of William Genego
2115 Main Street
Santa Monica, CA 90405
Tel: 310-399-3259; Fax: 310-392-9029

Attorneys for Plaintiff
Stephen Durga Persaud

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**Portland Division**

| | |
|---|---|
| **AYMAN LATIF, ET AL,** | Civil Case No. 3:10-cv-00750-BR |
| Plaintiffs, | NOTICE OF FURTHER SUBSTITUTION / WITHDRAWAL OF COUNSEL FOR PLAINTIFF STEPHEN DURGA PERSAUD |
| v. | |
| **ERIC HOLDER, JR., et al.,** | |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 83-11(d), Attorney Joel Leonard enters his appearance as counsel for Plaintiff Stephen Durga Persaud in place and instead of attorney Justine Fisher, who hereby withdraws as counsel for Plaintiff Persaud.

Dated: December 18th, 2015			Respectfully submitted,

						*/s/ Joel Leonard*

						Joel Leonard
						Elliott, Ostrander & Preston, PC
						707 SW Washington Street, Suite 1500
						Portland, OR 97205

						Appearing Local Counsel for Plaintiff Stephen Durga Persaud


I consent to the substitution.


Dated: December 18th, 2015.			*/s/ Justine Fischer*

						Justine Fischer
						710 SW Madison St., Suite 400
						Portland, OR 97205

						Former Designated Local Counsel for Plaintiff Stephen Durga Persaud